IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEISINGER COMMUNITY, MEDICAL CENTER, | : : : | |
| Plaintiff | : : | |
| v. | : : | CIVIL NO.: 3:14-CV-1763 (MANNION, J.) |
| SYLVIA MATHEWS BURWELL Secretary, Department of Health and Human Services; et. al., | : : : : : | |
| Defendants | : : | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant respectfully requests this Court to enter summary judgment in its favor pursuant to Fed. R. Civ. P. 56(b). A brief in support of this motion will be filed in accordance with M.D. Pa. Local Rule 7.5.

Dated:   October 24, 2014            Respectfully submitted,

PETER J. SMITH
United States Attorney

s/ D. Brian Simpson
D. BRIAN SIMPSON
Assistant U.S. Attorney
OH 71431
228 Walnut Street
Harrisburg, PA 17108
Telephone: 717-221-4482
Facsimile: 717-221-2246
D.Brian.Simpson@usdoj.gov

## **CERTIFICATE OF SERVICE BY MAIL**

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania, and is a person of such age and discretion as to be competent to serve papers.

That on October 24, 2014, she served copies of the attached:

**DEFENDANTS' MEMORANDUM IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT**

By email to:

Joseph D. Glazer, Esquire
Mary Kay Brown, Esquire

                              /s Jodi Matuszewski
                              Jodi Matuszewski
                              Legal Assistant