PJS:DBS:jm

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEISINGER COMMUNITY, MEDICAL CENTER, | : : : |
| Plaintiff | : : |
| v. | : CIVIL NO.: 3:14-CV-1763 : (MANNION, J.) |
| SYLVIA MATHEWS BURWELL Secretary, Department of Health and Human Services; MARILYN TAVENNER, Administrator, Centers for Medicare and Medicaid Services; ROBERT G. EATON, Chairman Medicare Geographic Classification Review Board, | : : : : : : : : : |
| Defendants | : |

## STATEMENT OF FACTS

Pursuant to Local Rule of Civil Procedure 56.1, Defendant, the Secretary of the Department of Health & Human Services (HHS), respectfully submits this statement of material facts as to which there is no genuine issue to be tried.

1.      Plaintiff, Geisinger Community Medical Center, is a hospital in Scranton, Pennsylvania, and has entered into a Provider Agreement with the Secretary of the Department of Health & Human Services. (CMS Ex. 1).[1]  The hospital is geographically located in the Scranton—Wilkes-Barre, PA urban area.  (CMS Ex. 2).

2.      In a letter dated May 28, 2014, Plaintiff requested to be resdesignated from an urban to a rural hospital pursuant to section 401.  (CMS Ex. 3).  Plaintiff directed all questions regarding its request to a consulting firm, Besler Consulting.  *Id*. at 3.

3.      On June 11, 2014, Plaintiff requested Rural Referral Center (RRC) status, a designation attributed to rural hospitals with specified characteristics that permits such hospitals to enjoy certain benefits under Medicare's payment system.  (CMS Ex. 4).

4.      On August 12, 2014, CMS granted Plaintiff's request to be redesignated a rural hospital pursuant to section 401, effective June 11, 2014 (CMS Ex. 2).  Shortly thereafter, on August 20, 2014, CMS granted plaintiff's request for RRC status effective July 1, 2014.  (CMS Ex. 5).

---

[1] Since 1987 when the hospital entered into the current Provider Agreement, the hospital has changed its name to the current name, Geisinger Community Medical Center.

5. On August 26, 2014, fourteen days after CMS redesignated plaintiff as a rural hospital, plaintiff asked CMS to cancel its rural status, effective October 1, 2015.[2] (CMS Ex. 6). CMS approved the hospital's request on September 15, 2014. (CMS Ex. 7).

6. On August 28, 2014, Plaintiff, through Besler Consulting, submitted two applications to the MGCRB: a primary application to be reclassified for wage-index purposes to the Allentown-Bethlehem-Easton, PA-NJ urban area, effective October 1, 2016 (CMS Ex. 8); and a secondary application to be reclassified to the East Stroudsburg PA urban area, also effective October 1, 2016. (CMS Ex. 9).

7. In its primary application, Plaintiff identified itself as a rural hospital. (CMS Ex. 8 at 4, response to Question No. 6).

8. In its secondary application, Plaintiff identified itself as an urban hospital. (CMS Ex. 9 at 4, response to Question No. 6).

---

[2] Medicare regulations require hospitals who reclassify as rural to retain that reclassification for at least one year. 42 C.F.R. § 412.104(g)(ii).

Dated:  October 24, 2014　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　PETER J. SMITH
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　s/ D. Brian Simpson
　　　　　　　　　　　　　　　　　　　　D. BRIAN SIMPSON
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　OH 71431
　　　　　　　　　　　　　　　　　　　　228 Walnut Street
　　　　　　　　　　　　　　　　　　　　Harrisburg, PA 17108
　　　　　　　　　　　　　　　　　　　　Telephone: 717-221-4482
　　　　　　　　　　　　　　　　　　　　Facsimile: 717-221-2246
　　　　　　　　　　　　　　　　　　　　D.Brian.Simpson@usdoj.gov

　　　　　　　　　　　　　　　　　　　　DAVID O. AULT
　　　　　　　　　　　　　　　　　　　　MD. BAR # 200612120032
　　　　　　　　　　　　　　　　　　　　U.S. Department of Health and
　　　　　　　　　　　　　　　　　　　　Human Services
　　　　　　　　　　　　　　　　　　　　Office of the General
　　　　　　　　　　　　　　　　　　　　Counsel/CMS Division
　　　　　　　　　　　　　　　　　　　　330 Independence Ave., S.W.,
　　　　　　　　　　　　　　　　　　　　Rm. 5309
　　　　　　　　　　　　　　　　　　　　Washington, DC 20201
　　　　　　　　　　　　　　　　　　　　Telephone: (202) 260-1874
　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 401-1405
　　　　　　　　　　　　　　　　　　　　David.Ault@hhs.gov

<u>Of Counsel</u>:

WILLIAM B. SCHULTZ
General Counsel

JANICE L. HOFFMAN
Associate General Counsel

SUSAN MAXSON LYONS
Deputy Associate General Counsel
for Litigation

U.S. Department of Health and Human Services
Office of the General Counsel
Centers for the Medicare & Medicaid Services Division