**HEALTH INSURANCE BENEFIT AGREEMENT**
(AGREEMENT WITH PROVIDER PURSUANT TO SECTION 1866 OF THE SOCIAL SECURITY ACT, AS AMENDED AND TITLE 42 CODE OF FEDERAL REGULATIONS (CFR) CHAPTER IV, PART 489)

AGREEMENT
BETWEEN
THE SECRETARY OF HEALTH AND HUMAN SERVICES
AND
COMMUNITY MEDICAL CENTER
doing business as (D/B/A) COMMUNITY MEDICAL CENTER

In order to receive payment under Title XVIII of the Social Security Act, COMMUNITY MEDICAL CENTER as the provider of services, D/B/A COMMUNITY MEDICAL CENTER agrees to conform to the provisions of Section 1866 of the Social Security Act and applicable provisions in 42 CFR, Parts 405, 466, 420, and 489.

This agreement, upon submission by the provider of services of acceptable assurance of compliance with Title VI of the Civil Rights Act of 1964, Section 504 of the Rehabilitation Act of 1973 as amended, and upon acceptance by the Secretary of Health and Human Services, shall be binding on the provider of services and the Secretary.

In the event of a transfer of ownership, this agreement is automatically assigned to the new owner subject to the conditions specified in this agreement and 42 CFR 489, to include existing plans of correction and the duration of this agreement, if the agreement is time limited.

---

ACCEPTED FOR THE PROVIDER OF SERVICES BY:
NAME (SIGNATURE) [signature]

| TITLE | DATE |
|---|---|
| PRESIDENT | JANUARY 23, 1987 |

ACCEPTED BY THE SECRETARY OF HEALTH AND HUMAN SERVICES BY:
NAME (SIGNATURE) Mary L. Bowers

| TITLE | DATE |
|---|---|
| CHIEF, Survey & Certification Operations Branch | AUG 19 1987 |

ACCEPTED FOR THE SUCCESSOR PROVIDER OF SERVICES BY:
NAME (SIGNATURE)

| TITLE | DATE |
|---|---|
|  |  |

Form HCFA-1561 (8-86)            EXHIBIT 1

**DEPARTMENT OF HEALTH & HUMAN SERVICES**
Centers for Medicare & Medicaid Services
150 S. Independence Mall West
Suite 216, The Public Ledger Building
Philadelphia, Pennsylvania 19106-3499



Region III/Division of Financial Management & FFS Operations

MIS# 3534

August 12, 2014

Mr. Edward Chabalowski
Geisinger Community Medical Center
1800 Mulberry Street
Scranton, PA 18510

    Re:    Geisinger Community Medical Center
            Special Treatment:
            Hospitals Located in Urban Areas & that Apply for Reclassification as Rural
            CCN: 39-0001

Dear Mr. Chabalowski:

This letter is in response to your letter received in our office on June 11, 2014 requesting reclassification from urban to rural. Geisinger Community Medical Center (GCMC) is located in Scranton, PA and affiliated with Geisinger Health System which is part of the Scranton-Wilkes CBSA. You provided documentation to support that GCMC would qualify as a Rural Referral Center (RRC) if GCMC was located in a rural area in accordance with 42 CFR §412.103(c) alternative methods.

Based upon our review, your application for geographic relocation has been approved. The effective date of this approval is June 11, 2014.

If you have any questions regarding this matter, please contact Kenneth Thompson at (215) 861-4784.

                                          Sincerely,

                                          *Johnny O. Barnes* (signature)

                                          Johnny O. Barnes
                                          Manager,
                                          Financial Management Branch
                                          Division of Medicare Financial Management
                                          & FFS Operations

cc:       Andrew Tish, Novitas Solutions

> PREVENTION: Did you know that most Medicare-covered preventive services are free?  Find out how Medicare can help you stay healthy with an annual "Wellness Visit," and regular preventive screenings at www.medicare.gov, or at 1-800-MEDICARE

EXHIBIT 2

Administration
1800 Mulberry Street
Scranton, PA 18510
570 703-8309 Tel
570 703-8951 Fax

Edward Chabalowski
Vice President and CFO

# GEISINGER
## COMMUNITY MEDICAL CENTER

*[handwritten: Ed Chabalowski @ Geisinger. Ed cu, KT, MIS #3534]*

May 28, 2014

Received
JUN 1 1 2014
CMS Region 3
DFMFFSO

Mr. Johnny Barnes
Centers for Medicare & Medicaid Services
The Public Ledger Building
150 S. Independence Mall West
Suite 216
Philadelphia, PA 19106

Re: Geisinger Community Medical Center
39-0001
Application to Reclassify from Urban to Rural Status

Dear Mr. Barnes:

Pursuant to Section 1886(d)(8)(E)(ii)(III) of the Social Security Act ("Act"), Geisinger Community Medical Center ("GCMC") requests reclassification as a rural hospital based on its qualifying as a Rural Referral Center ("RRC"). Section 401 of the Balanced Budget Refinement Act ("BBRA"), enacted on November 29, 1999, amended Section 1886(d)(8) of the Act to authorize reclassification of certain urban hospitals as rural based on the conditions listed under the new paragraph 1886(d)(8)(E). Subsequently, the Centers for Medicare & Medicaid Services ("CMS") has further clarified the rules and procedures for this reclassification in regulation 42 C.F.R. § 412.103.

GCMC is located in Scranton, PA, affiliated with Geisinger Health System, a health system that serves nearly 3 million people in Northeastern and Central Pennsylvania and has been nationally recognized, and which is part of the Scranton-Wilkes-Barre, PA CBSA #42540. This CBSA is an urban CBSA according to the Office of Management and Budget ("OMB") as outlined in their most recent bulletin #10-02 dated December 1, 2009 (Exhibit A).

GCMC would qualify as a RRC, <u>under the alternative criteria (listed below)</u>, should it acquire rural status, because it:

(1) is a Medicare participating acute care hospital (42 C.F.R. § 412.96(a));

(2) satisfies the case-mix index criterion (42 C.F.R. § 412.96(c)(1));

(3) satisfies the discharges criterion (42 C.F.R. § 412.96(c)(2));

(4) satisfies the medical staff board certified or board eligible criterion (42 C.F.R. § 412.96(c)(3)).

Case-mix Index, Exhibit C: We have included with our documentation the case-mix index value for the hospital of 1.5863, published by CMS in Table 2 of the Final Rule for Medicare year 2014, effective as

EXHIBIT 3

of October 1, 2013 (Exhibit C). This case-mix index exceeds the national case-mix value criterion of 1.5560, and is greater than the regional case-mix criterion of 1.4015, also shown in the Final Rule for the Medicare 2014 year (Exhibit C-1).

Number of Discharges, Exhibit D: The total discharges for the hospital are 11,069, as shown on its 2013 submitted Medicare cost report. We also include GCMC's discharges of 10,498 from the most recent audited Medicare cost report (2010) (Exhibit D-1), which exceeds the national discharge criteria of 5,000 stipulated in the Final Rule for the Medicare 2014 year (Exhibit C-1).

Medical Staff, Exhibit E: Per 42 C.F.R. § 412.96(c)(3) the hospital must have more than fifty percent (50%) of their active Medical staff are specialists who (a) are certified board specialists; or, (b) have completed the training requirements for admission to the board exam; or, (c) have completed the residency program in a medical specialty. GCMC meets this requirement per the Medical staff list enclosed. (Exhibit E).

If GCMC's application is approved, the hospital will be deemed to be located in the rural area of the state and, pursuant to statute and CMS policy, must be treated for all purposes of Medicare's inpatient prospective payment system under subsection (d) as if it is located in a rural area. *See* Act § 1886(d)(8)(E); CMS transmittal A-00-27.

For your convenient reference, we also include the following exhibits with the legal cites for this application:

    Exhibit F:  Act § 1886(d)(8)(E)

    Exhibit G:  42 C.F.R. § 412.96

    Exhibit H:  42 C.F.R. § 412.103

    Exhibit I:  42 C.F.R. § 412.230

    Exhibit J:  Program Memorandum – Transmittal A-00-27 (May 2000)

GCMC requests that CMS notify us within five (5) business days after receiving this application to acknowledge receipt. **Pursuant to the requirements of the statute and regulation, we respectfully request that CMS review and make a determination on this application no later than sixty days (60) after the receipt of the application.** *See* Act § 1886(d)(8)(E) and 42 C.F.R. § 412.103(c).

EXHIBIT 3

We appreciate your reviewing our application as soon as possible. Thank you for your prompt consideration. If you have any questions in connection with this matter or need any additional information, please contact Scott Besler from BESLER Consulting at (732) 839-1219.

Sincerely,

*[signature]*

Edward Chabalowski
Vice President and Chief Financial Officer

EXHIBIT 3

Administration  Edward Chabalowski
1800 Mulberry Street  Vice President and CFO
Scranton, PA 18510
570 703-8309 Tel
570 703-8951 Fax


GEISINGER
COMMUNITY
MEDICAL CENTER

June 11, 2014

Ms. Donna Silvio
Supervisor, Medicare Reimbursement
Novitas Solutions, Inc.
Union Trust Building
501 Grant Street, Suite 600
Pittsburgh PA, 15219

RECEIVED

JUN 1 3 2014

Novitas Solutions
Settlement

Re:  Geisinger Community Medical Center
     39-0001
     Application to Rural Referral Center Status

GCMC has filed an application, to be classified as a rural hospital under the Statute at 1886(d) (8) (E) and Regulation 412.103 on June 10, 2014, to the Centers for Medicare and Medicaid Services (CMS) Philadelphia Regional Office. The Regional Office is reviewing the application (see Exhibit K), and, when it is approved, a copy will be sent to the fiscal intermediary immediately. The hospital will be considered rural by statute with all of the privileges under Medicare regulations pertaining to rural hospitals, including requesting to be a Rural Referral Center (RRC).

GCMC requests that it be classified as an RRC under CFR 412.96 based on its approval as a rural hospital by CMS. The hospital requests this approval by its Medicare Administrative Contractor (MAC), and the Philadelphia, PA CMS Regional Office, for its Medicare fiscal year beginning July 1, 2014.

Furthermore, GCMC requests that this RRC application be reviewed completely but held pending CMS review of the rural designation request, and a final determination not made until receipt of the CMS approval of the rural designation request.

The hospital is filing this application based on the requirements outlined in the Section 1886(d) (5) (C) (i) of the Social Security Act, which require that an RRC application be filed in the last quarter of a cost reporting year in order that the RRC status be applicable for the next cost reporting year. <u>This application is being filed in the last quarter of the hospital's current Medicare fiscal year ending June 30, 2014, in order that RRC status is granted beginning on July 1, 2014 for its Medicare fiscal year ending June 30, 2015.</u>

GCMC GCMC is located in Scranton, PA, and is part of the Scranton-Wilkes-Barre, PA CBSA #42540. This CBSA is an urban CBSA according to the Office of Management and Budget ("OMB") as outlined in their most recent bulletin #10-02 dated December 1, 2009 (Exhibit A).

Rural Area Criterion
Under CFR 412.96(b) (1) the hospital must be located in a rural area as defined in CFR 412.64(b).

The new Office of Management and Budget (OMB) core-based statistical areas (CBSA) were announced on June 3, 2003 by OMB in Bulletin No. 03-04, and incorporated by CMS for wage index purposes starting MFY 2005. OMB issued revised CBSAs in the most recent Bulletin 10-02 in December 1, 2009 that are effective now.

According to the new OMB CBSA definitions and CMS designation, Lackawanna County is part of urban Scranton Wilkes-Barre, PA. CBSA (#42540) and is not part of the rural Pennsylvania CBSA. (Exhibit A)

EXHIBIT 4

However, CMS, when it approves the rural application as mentioned above, will approve it according to Regulation 412.103(d) retroactively to the date they received the application. The hospital will be considered rural effective June 10, 2014. We are requesting that the RRC application be effective June 10, 2014, thus the hospital will be rural before the RRC approval is effective and meet the rural criterion to qualify for RRC under that provision.

**Therefore, GCMC though located physically in an urban CBSA area will be considered a rural hospital by Statute and Regulation on July 1, 2014, and will meet the rural criterion.**

RRC Criteria
While having 267 beds by itself is not sufficient for GCMC to qualify as a RRC, GCMC would "otherwise . . . qualify" under the alternative criteria to become a RRC, should it acquire rural status, as GCMC would qualify as a RRC, under the alternative criteria (listed below), should it acquire rural status, because it:

(1)   is a Medicare participating acute care hospital (42 C.F.R. § 412.96(a));

(2)   satisfies the case-mix index criterion (42 C.F.R. § 412.96(c)(1));

(3)   satisfies the discharges criterion (42 C.F.R. § 412.96(c)(2));

(4)   satisfies the medical staff board certified or board eligible criterion (42 C.F.R. § 412.96(c)(3)).

Case-mix Index, Exhibit C: We have included with our documentation the case-mix index value for the hospital of 1.5863, published by CMS in Table 2 of the Final Rule for Medicare year 2014, effective as of October 1, 2013 (Exhibit C). This case-mix index exceeds the national case-mix value criterion of 1.5560, and is greater than the regional case-mix criterion of 1.4015, also shown in the Final Rule for the Medicare 2014 year (Exhibit C-1).

Number of Discharges, Exhibit D: The total discharges for the hospital are 11,069, as shown on its 2013 submitted Medicare cost report. We also include GCMC's discharges from the most recent audited Medicare cost report (2010) (Exhibit D-1), which exceeds the national discharge criteria of 5,000 stipulated in the Final Rule for the Medicare 2014 year (Exhibit C-1).

Medical Staff, Exhibit E: Per 42 C.F.R. § 412.96(c)(3) the hospital must have more than fifty percent (50%) of their active Medical staff are specialists who (a) are certified board specialists; or, (b) have completed the training requirements for admission to the board exam; or, (c) have completed the residency program in a medical specialty. GCMC meets this requirement per the Medical staff list enclosed. (Exhibit E).

If GCMC's application is approved, the hospital will be deemed to be located in the rural area of the state and, pursuant to statute and CMS policy, must be treated for all purposes of Medicare's inpatient prospective payment system under subsection (d) as if it is located in a rural area. *See* Act § 1886(d)(8)(E); CMS transmittal A-00-27.

For your convenient reference, we also include the following exhibits with the legal cites for this application:

Exhibit F:   Act § 1886(d)(8)(E)

Exhibit G:   42 C.F.R. § 412.96

Exhibit H:   42 C.F.R. § 412.103

Exhibit I:   Program Memorandum – Transmittal A-00-27 (May 2000)

EXHIBIT 4

Exhibit J:  Section 1886(d) (5) (C) of the Social Security Act

As demonstrated above in this letter and the attached documentation, GCMC qualifies to be classified as a RRC, effective July 1, 2014, according to CFR 412.96 and per the requirements of Statute 1886(d)(5)(C)(i) of the Social Security Act.

Thank you for your prompt consideration. If you have any questions in connection with this matter or need any additional information, please contact Scott Besler from BESLER Consulting at (732) 839-1219.

Sincerely,

*[signature]*

Edward Chabalowski
Vice President and Chief Financial Officer
Geisinger Community Medical Center


cc: Mr. Johnny Barnes, CMS

EXHIBIT 4





MEDICARE PART A

_____

08/20/2014

Ms. Marissa Costanzo
Manager
Community Medical Center
521 Mount Pleasant Drive, Suite 210
Scranton, PA 18503-1987

Provider Name: Community Medical Center
CMS Certification Number(CCN): 390001

Re: Request for Rural Referral Center (RRC) status Community Medical Center

Dear Ms. Costanzo,

On 06/13/2014, Novitas Solutions Inc. received an application for RRC status for Community Medical Center 390001. The provider RRC application was made stating these items:

1) Is a Medicare participating acute care hospital 42 C.F.R. 412.96(a).
2) Satisfies the case-mix index criterion 42 C.F.R. 412.96(c)(1).
3) Satisfies the discharge criterion 42 C.F.R. 412.96(c)(2).
4) Satisfies the medical staff board certified or board eligible criterion 42 C.F.R 412.96(c)(3).
5) Satisfies the rural requirement under C.F.R. 412.96(b)(1) because of a reclass to rural under 42 C.F.R. 412.103.

In accordance with 42 C.F.R. 412.96(c), we reviewed the documentation submitted and are approving this RRC request, based on the following:

1) Community Medical Center 390001 satisfies the minimum Case-Mix-Index (CMI) criteria for RRC status. As per the final IPPS FY 2014 Federal Register (FR) the minimum CMI value for the "federal year that ends at least 1 year before the beginning of the cost reporting period" in which the RRC status is desired. The CMI for this provider for the FY ended 09/30/2012 is 1.5837, and the minimum for the Mid-Atlantic region as stated in the FR is 1.4015.
2) Community Medical Center 390001 satisfies the discharge criteria as per the cost report ended 06/30/2012. As per the instruction in the FY 2014 Federal Register (page 50610), the reference period for this item is the cost reporting period that began during FY 2011. Since this provider's fiscal year 06/30/2012 cost report shows 10,558 discharges, (and that exceeds the required minimum of 5,000) this provider has met the discharge criteria for RRC status.
3) Community Medical Center 390001 does appear to satisfy criteria described under 42 C.F.R. 412.96(c)(3) for percentage of active Medical staff that are board certified specialists, or have completed the training requirements for admission to the board exam, or have completed the

_____

     residency program in a medical specialty.  As per 42 C.F.R. 412.96(c)(3) only 50% is needed to satisfy this criteria for RRC status.
4) The CMS RO informed Novitas Solutions on 08/12/2014 of approval of a reclass to rural under 42 C.F.R. 412.103 for Community Medical Center 390001, with an effective date of 06/11/2014.

The initial RRC status will be effective 07/01/2014.  Claims with service dates on and after 06/11/2014, may be identified for reprocessing to adjust to a rural wage index value.  As you may already know and as listed in regulation 42 C.F.R. 412.230, since Community Medical Center 390001 has acquired rural status under 42 C.F.R. 412.103, Community Medical Center 390001 cannot obtain wage index reclassification, or wage index out-migration under MGCRB rules for a year in which the 42 C.F.R. 412.103 status is active.

Sincerely,


Grayson Smith
Medicare Reimbursement
Novitas Solutions, Inc.

Cc: Donna Silvio
Cc: Edward Chabalowski
Cc: CMS RO

2020 Technology Parkway   Suite 100   Mechanicsburg, PA   17050          www.novitas-solutions.com

INNOVATION IN ACTION
A CMS CONTRACTOR • ISO 9001-2008 CERTIFIED
EXHIBIT 5

| | | |
|---|---|---|
| **Administration**<br>1800 Mulberry Street<br>Scranton, PA 18510<br>570 703-8309 Tel<br>570 703-8951 Fax | **Edward Chabalowski**<br>Vice President and CFO | **GEISINGER**<br>COMMUNITY<br>MEDICAL CENTER |

August 26, 2014

Mr. Johnny O. Barnes
Manager
Financial Management Branch
Division of Medicare Financial Management & Fee for Service Operations
Centers for Medicare & Medicaid Services
150 S. Independence Mall West
Suite 216, The Public Ledger Building
Philadelphia, Pennsylvania 19106-3499

Re:   Geisinger Community Medical Center
      CCN: 39-0001
      Request to Cancel Rural Redesignation

Mr. Barnes:

Geisinger Community Medical Center (Geisinger), CCN 39-0001, is a Medicare-participating, acute care hospital located in Scranton, Pennsylvania. **Geisinger hereby requests cancellation of its rural redesignation under 42 C.F.R. § 412.013, with the final day of rural redesignation being September 30, 2015.**

By letter dated August 12, 2014, CMS approved Geisinger to be treated, effective June 11, 2014, as being located in the rural area of the state pursuant to Section 1886(d)(8)(E) of the Medicare Act. By letter dated August 20, 2014, the Medicare Administrative Contractor notified Geisinger that Geisinger was designated a Rural Referral Center effective July 1, 2014. A copy of each letter is attached.

Geisinger's fiscal year ends on June 30. Geisinger will have been redesignated under Section 1886(d)(8)(E) for the time period June 11, 2014 through September 30, 2015. Thus, Geisinger will have maintained that redesignated status for longer than the 12 month cost reporting period set forth in 42 C. F. R. 412.103(g)(2). A copy of that regulation is attached.

<u>The provider requests that you expedite the issuance of a letter confirming cancellation of the rural designation. We need to include your letter in our submission to the Medicare Geographic Classification Review Board, which is due next week. Thank you very much for your understanding of the urgency of this matter.</u>

EXHIBIT 6

If you have any questions in connection with this matter or need any additional information, please contact me at (570) 703-8956 or email at eachabalowski@geisinger.edu or Scott Besler from Besler Consulting at (732) 839-1219 or sbesler@besler.com.

Sincerely,

Edward Chabalowski
Vice President and Chief Financial Officer
Geisinger Community Medical Center

EXHIBIT 6

**DEPARTMENT OF HEALTH & HUMAN SERVICES**
Centers for Medicare & Medicaid Services
150 S. Independence Mall West
Suite 216, The Public Ledger Building
Philadelphia, Pennsylvania 19106-3499



**Region III/Division of Financial Management & FFS Operations**

---

MIS#3689

September 15, 2014

Mr. Edward Chabalowski
Geisinger Community Medical Center
1800 Mulberry Street
Scranton, PA 18510

Re:   Geisinger Community Medical Center
      Request for Cancellation of Urban to Rural Reclassification
      CCN: 39-0001

Dear Mr. Chabalowski:

This is in response to your letter dated August 26, 2014, requesting cancellation of rural reclassification. Geisinger Community Medical Center *(hereinafter Geisinger)* was granted rural reclassification effective June 11, 2014. You have requested cancellation of your rural redesignation pursuant 42 CFR 412.103 with September 30, 2015 being the final day of rural redesignation.

Geisinger will have been paid as rural for at least one 12-month cost reporting period on June 30, 2015. Therefore, the effective date of the cancellation is October 1, 2015, which is the beginning of the Federal fiscal year following the 12 month cost report period as specified in 42 CFR 412.103(g)(2)(ii).

Should you have any questions regarding this letter, please contact Kenneth Thompson at 215-861-4784.

Sincerely,

*Johnny O. Barnes*

Johnny O. Barnes
Manager,
Financial Management Branch
Division of Medicare Financial Management
& FFS Operations

cc: Grayson Smith, Novitas Solutions

FRAUD: Protect yourself and Medicare from fraud.
Find out how at www.stopmedicarefraud.gov .
You can also call 1-800-MEDICARE for information, or with your questions and concerns.

EXHIBIT 7