# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Geisinger Community Medical Center,

       Plaintiff,

v.

SYLVIA MATHEWS BURWELL, Secretary,
Department of Health and Human Services;
MARILYN TAVENNER, Administrator,
Centers for Medicare and Medicaid Services;
and ROBERT G. EATON, Chairman, Medicare
Geographic Classification Review Board,

       Defendants.

Civil Action No. 3:14-cv-01763-MEM

## DECLARATION OF EDWARD A. CHABALOWSKI IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Edward A. Chabalowski hereby declares:

1.   I am Vice President and Chief Financial Officer of Geisinger Community Medical Center ("Geisinger"). I am responsible for supervising matters affecting the hospital's finances and reimbursement, including wage index matters.

2.   Geisinger, Medicare Provider Number 39-0001, is a not-for-profit, general, acute care hospital located in Scranton, Pennsylvania. Geisinger is physically located at 1800 Mulberry Street, Scranton, Pennsylvania.

1

3.      Geisinger is a provider of services as defined in the Medicare Act and has entered into an agreement with the Secretary to provide services to Medicare beneficiaries. Geisinger is a subsection (d) hospital.

4.      Geisinger is one of Pennsylvania's leading healthcare organizations, offering its patients the latest technologies and services. Geisinger prides itself on its commitment to its patients and to its community. In addition to providing essential healthcare services, Geisinger provides needed jobs and economic benefits to the entire surrounding region.

5.      The wage index is a significant factor in determining a hospital's Medicare reimbursement. The wage index a hospital receives varies based on the geographic area in which a hospital is deemed to be located.

6.      The Secretary determines a separate wage index for each Core Based Statistical Area ("CBSA") in the United States, and one wage index per state for rural areas not located in a CBSA.

7.      Geisinger is physically located in the Scranton-Wilkes-Barre-Hazelton, PA CBSA (CBSA Number 42540).

8.      By application dated May 28, 2014, and received by the Centers for Medicare and Medicaid Services ("CMS") on June 11, 2014, Geisinger applied to be designated a Section 401 hospital and thus to be treated as being located in the rural

area of Pennsylvania for the purposes set forth in Section 401, including the MGCRB reclassification process. A copy of the application is attached as <u>Exhibit</u> 1.

9.    By letter dated August 12, 2014, CMS notified Geisinger that the application to be designated a Section 401 hospital had been approved effective June 11, 2014. <u>Exhibit</u> 2.

10.    By letter dated June 11, 2014, and received by CMS and the Medicare Administrative Contractor on June 13, 2014, Geisinger requested to be designated a Rural Referral Center ("RRC") . A copy of the letter is attached as <u>Exhibit</u> 3.

11.    By letter dated August 20, 2014, Novitas Solutions, the Medicare Administrative Contractor, notified Geisinger that Geisinger's request for RRC status had been approved effective July 1, 2014. <u>Exhibit</u> 4.

12.    Geisinger submitted two applications to the Medicare Geographic Classification Review Board ("MGCRB"): a primary application to reclassify to the Allentown-Bethlehem-Easton, PA-NJ CBSA (CBSA Number 10900) (the "Allentown CBSA") and a secondary application to reclassify to the East Stroudsburg PA CBSA (CBSA Number 20700) (the "East Stroudsburg CBSA"). The primary application is Geisinger's preferred CBSA for reclassification. The secondary application is the desired CBSA for reclassification if the primary application is not approved. A copy of the primary application is attached as <u>Exhibit</u> 5. A copy of the secondary application is attached as <u>Exhibit</u> 6.

13.     Geisinger estimates that it would receive approximately $2.6 million a year in additional reimbursement if reclassified by the MGCRB to the primary destination of the Allentown CBSA, but only $1.6 million a year if Geisinger is reclassified to its secondary destination of the East Stroudsburg CBSA.

14.     Geisinger believes it is entitled to maintain its Section 401 status and still be reclassified to the Allentown CBSA; the East Stroudsburg CBSA; or any other CBSA for which Geisinger satisfies the reclassification requirements.

15.     If Geisinger continued its Section 401 status, Geisinger believes that the MGCRB, in compliance with the Secretary's regulatory scheme, would deny both of Geisinger's MGCRB applications.

16.     Geisinger has been advised that based on precedent and the Secretary's regulations, if Geisinger cancels its Section 401 status effective October 1, 2015, the MGCRB should approve Geisinger's secondary application to be reclassified to the East Stroudsburg CBSA. Faced with losing millions of dollars in reimbursement, Geisinger believes it had no choice but to comply with the Secretary's illegal regulatory scheme. Therefore, Geisinger cancelled its Section 401 status. Exhibit 7.

17.     Geisinger believes that even with the cancellation of Section 401 status, the MGCRB will not approve Geisinger's application to reclassify to the primary destination of the Allentown CBSA.

18.    The distance between the hospital's physical location and the Allentown CBSA is approximately 27 miles.

19.    The distance between the hospital's physical location and the East Stroudsburg CBSA is approximately 15.8 miles

20.    Geisinger has been advised that if it were treated by the MGCRB as being located in the rural area of the State and an RRC, the hospital would satisfy all requirements to reclassify to the Allentown CBSA and the East Stroudsburg CBSA.

21.    Geisinger seeks this Court's intervention to stop Defendants from applying the Secretary's regulatory scheme to Geisinger's MGCRB applications. Geisinger believes this regulatory scheme is invalid and improperly prevents the hospital from receiving benefits to which the hospital is entitled.

22.    If Defendants deny Geisinger's applications, Geisinger will lose millions of dollars each year in reimbursement, have no opportunity to challenge the denials in court, and thus forever lose the reimbursement to which it believes it is entitled.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 22, 2014

_Edward A. Chabalowski_
Edward A. Chabalowski

EXHIBIT 1

Administration
1800 Mulberry Street
Scranton, PA 18510
570 703-8309 Tel
570 703-8951 Fax

Edward Chabalowski
Vice President and CFO

# GEISINGER
## COMMUNITY
### MEDICAL CENTER

May 28, 2014

Mr. Johnny Barnes
Centers for Medicare & Medicaid Services
The Public Ledger Building
150 S. Independence Mall West
Suite 216
Philadelphia, PA 19106

Re:    Geisinger Community Medical Center
       39-0001
       Application to Reclassify from Urban to Rural Status

Dear Mr. Barnes:

Pursuant to Section 1886(d)(8)(E)(ii)(III) of the Social Security Act ("Act"), Geisinger Community Medical Center ("GCMC") requests reclassification as a rural hospital based on its qualifying as a Rural Referral Center ("RRC"). Section 401 of the Balanced Budget Refinement Act ("BBRA"), enacted on November 29, 1999, amended Section 1886(d)(8) of the Act to authorize reclassification of certain urban hospitals as rural based on the conditions listed under the new paragraph 1886(d)(8)(E). Subsequently, the Centers for Medicare & Medicaid Services ("CMS") has further clarified the rules and procedures for this reclassification in regulation 42 C.F.R. § 412.103.

GCMC is located in Scranton, PA, affiliated with Geisinger Health System, a health system that serves nearly 3 million people in Northeastern and Central Pennsylvania and has been nationally recognized, and which is part of the Scranton-Wilkes-Barre, PA CBSA #42540. This CBSA is an urban CBSA according to the Office of Management and Budget ("OMB") as outlined in their most recent bulletin #10-02 dated December 1, 2009 (Exhibit A).

GCMC would qualify as a RRC, under the alternative criteria (listed below), should it acquire rural status, because it:

    (1)    is a Medicare participating acute care hospital (42 C.F.R. § 412.96(a));

    (2)    satisfies the case-mix index criterion (42 C.F.R. § 412.96(c)(1));

    (3)    satisfies the discharges criterion (42 C.F.R. § 412.96(c)(2));

    (4)    satisfies the medical staff board certified or board eligible criterion (42 C.F.R. § 412.96(c)(3)).

Case-mix Index, Exhibit C: We have included with our documentation the case-mix index value for the hospital of 1.5863, published by CMS in Table 2 of the Final Rule for Medicare year 2014, effective as

of October 1, 2013 (Exhibit C). This case-mix index exceeds the national case-mix value criterion of 1.5560, and is greater than the regional case-mix criterion of 1.4015, also shown in the Final Rule for the Medicare 2014 year (Exhibit C-1).

Number of Discharges, Exhibit D: The total discharges for the hospital are 11,069, as shown on its 2013 submitted Medicare cost report. We also include GCMC's discharges of 10,498 from the most recent audited Medicare cost report (2010) (Exhibit D-1), which exceeds the national discharge criteria of 5,000 stipulated in the Final Rule for the Medicare 2014 year (Exhibit C-1).

Medical Staff, Exhibit E: Per 42 C.F.R. § 412.96(c)(3) the hospital must have more than fifty percent (50%) of their active Medical staff are specialists who (a) are certified board specialists; or, (b) have completed the training requirements for admission to the board exam; or, (c) have completed the residency program in a medical specialty. GCMC meets this requirement per the Medical staff list enclosed. (Exhibit E).

If GCMC's application is approved, the hospital will be deemed to be located in the rural area of the state and, pursuant to statute and CMS policy, must be treated for all purposes of Medicare's inpatient prospective payment system under subsection (d) as if it is located in a rural area. *See* Act § 1886(d)(8)(E); CMS transmittal A-00-27.

For your convenient reference, we also include the following exhibits with the legal cites for this application:

Exhibit F:  Act § 1886(d)(8)(E)

Exhibit G:  42 C.F.R. § 412.96

Exhibit H:  42 C.F.R. § 412.103

Exhibit I:  42 C.F.R. § 412.230

Exhibit J:  Program Memorandum – Transmittal A-00-27 (May 2000)

GCMC requests that CMS notify us within five (5) business days after receiving this application to acknowledge receipt. **Pursuant to the requirements of the statute and regulation, we respectfully request that CMS review and make a determination on this application no later than sixty days (60) after the receipt of the application.** *See* Act § 1886(d)(8)(E) and 42 C.F.R. § 412.103(c).

**We appreciate your reviewing our application as soon as possible. Thank you for your prompt** consideration. If you have any questions in connection with this matter or need any additional information, please contact Scott Besler from BESLER Consulting at (732) 839-1219.

Sincerely,

Edward Chabalowski
Vice President and Chief Financial Officer

EXHIBIT 2

**DEPARTMENT OF HEALTH & HUMAN SERVICES**
Centers for Medicare & Medicaid Services
150 S. Independence Mall West
Suite 216, The Public Ledger Building
Philadelphia, Pennsylvania 19106-3499



**Region III/Division of Financial Management & FFS Operations**

MIS# 3534

August 12, 2014

Mr. Edward Chabalowski
Geisinger Community Medical Center
1800 Mulberry Street
Scranton, PA 18510

Re:    Geisinger Community Medical Center
        Special Treatment:
        Hospitals Located in Urban Areas & that Apply for Reclassification as Rural
        CCN: 39-0001

Dear Mr. Chabalowski:

This letter is in response to your letter received in our office on June 11, 2014 requesting reclassification from urban to rural. Geisinger Community Medical Center (GCMC) is located in Scranton, PA and affiliated with Geisinger Health System which is part of the Scranton-Wilkes CBSA. You provided documentation to support that GCMC would qualify as a Rural Referral Center (RRC) if GCMC was located in a rural area in accordance with 42 CFR §412.103(c) alternative methods.

Based upon our review, your application for geographic relocation has been approved. The effective date of this approval is June 11, 2014.

If you have any questions regarding this matter, please contact Kenneth Thompson at (215) 861-4784.

Sincerely,

*Johnny O. Barnes*

Johnny O. Barnes
Manager,
Financial Management Branch
Division of Medicare Financial Management
& FFS Operations

cc:        Andrew Tish, Novitas Solutions

PREVENTION: Did you know that most Medicare-covered preventive services are free? Find out how Medicare can help you stay healthy with an annual "Wellness Visit," and regular preventive screenings at www.medicare.gov, or at 1-800-MEDICARE

EXHIBIT 3

**Administration**
1800 Mulberry Street
Scranton, PA 18510
570 703-8309 Tel
570 703-8951 Fax

**Edward Chabalowski**
Vice President and CFO

# GEISINGER
## COMMUNITY
## MEDICAL CENTER

June 11, 2014


Ms. Donna Silvio
Supervisor, Medicare Reimbursement
Novitas Solutions, Inc.
Union Trust Building
501 Grant Street, Suite 600
Pittsburgh PA, 15219


Re:    Geisinger Community Medical Center
       39-0001
       Application to Rural Referral Center Status


GCMC has filed an application, to be classified as a rural hospital under the Statute at 1886(d) (8) (E) and Regulation 412.103 on June 10, 2014, to the Centers for Medicare and Medicaid Services (CMS) Philadelphia Regional Office. The Regional Office is reviewing the application (see Exhibit K), and, when it is approved, a copy will be sent to the fiscal intermediary immediately. The hospital will be considered rural by statute with all of the privileges under Medicare regulations pertaining to rural hospitals, including requesting to be a Rural Referral Center (RRC).

GCMC requests that it be classified as an RRC under CFR 412.96 based on its approval as a rural hospital by CMS. The hospital requests this approval by its Medicare Administrative Contractor (MAC), and the Philadelphia, PA CMS Regional Office, for its Medicare fiscal year beginning July 1, 2014.

Furthermore, GCMC requests that this RRC application be reviewed completely but held pending CMS review of the rural designation request, and a final determination not made until receipt of the CMS approval of the rural designation request.

The hospital is filing this application based on the requirements outlined in the Section 1886(d) (5) (C) (i) of the Social Security Act, which require that an RRC application be filed in the last quarter of a cost reporting year in order that the RRC status be applicable for the next cost reporting year. This application is being filed in the last quarter of the hospital's current Medicare fiscal year ending June 30, 2014, in order that RRC status is granted beginning on July 1, 2014 for its Medicare fiscal year ending June 30, 2015.

GCMC GCMC is located in Scranton, PA, and is part of the Scranton-Wilkes-Barre, PA CBSA #42540. This CBSA is an urban CBSA according to the Office of Management and Budget ("OMB") as outlined in their most recent bulletin #10-02 dated December 1, 2009 (Exhibit A).

Rural Area Criterion
Under CFR 412.96(b) (1) the hospital must be located in a rural area as defined in CFR 412.64(b).

The new Office of Management and Budget (OMB) core-based statistical areas (CBSA) were announced on June 3, 2003 by OMB in Bulletin No. 03-04, and incorporated by CMS for wage index purposes starting MFY 2005. OMB issued revised CBSAs in the most recent Bulletin 10-02 in December 1, 2009 that are effective now.

According to the new OMB CBSA definitions and CMS designation, Lackawanna County is part of urban Scranton Wilkes-Barre, PA. CBSA (#42540) and is not part of the rural Pennsylvania CBSA. (Exhibit A)

However, CMS, when it approves the rural application as mentioned above, will approve it according to Regulation 412.103(d) retroactively to the date they received the application. The hospital will be considered rural effective June 10, 2014. We are requesting that the RRC application be effective June 10, 2014, thus the hospital will be rural before the RRC approval is effective and meet the rural criterion to qualify for RRC under that provision.

**Therefore, GCMC though located physically in an urban CBSA area will be considered a rural hospital by Statute and Regulation on July 1, 2014, and will meet the rural criterion.**

RRC Criteria
While having 267 beds by itself is not sufficient for GCMC to qualify as a RRC, GCMC would "otherwise . . . qualify" under the alternative criteria to become a RRC, should it acquire rural status, as GCMC would qualify as a RRC, under the alternative criteria (listed below), should it acquire rural status, because it:

    (1)    is a Medicare participating acute care hospital (42 C.F.R. § 412.96(a));

    (2)    satisfies the case-mix index criterion (42 C.F.R. § 412.96(c)(1));

    (3)    satisfies the discharges criterion (42 C.F.R. § 412.96(c)(2));

    (4)    satisfies the medical staff board certified or board eligible criterion (42 C.F.R. § 412.96(c)(3)).

Case-mix Index, Exhibit C: We have included with our documentation the case-mix index value for the hospital of 1.5863, published by CMS in Table 2 of the Final Rule for Medicare year 2014, effective as of October 1, 2013 (Exhibit C). This case-mix index exceeds the national case-mix value criterion of 1.5560, and is greater than the regional case-mix criterion of 1.4015, also shown in the Final Rule for the Medicare 2014 year (Exhibit C-1).

Number of Discharges, Exhibit D: The total discharges for the hospital are 11,069, as shown on its 2013 submitted Medicare cost report. We also include GCMC's discharges from the most recent audited Medicare cost report (2010) (Exhibit D-1), which exceeds the national discharge criteria of 5,000 stipulated in the Final Rule for the Medicare 2014 year (Exhibit C-1).

Medical Staff, Exhibit E: Per 42 C.F.R. § 412.96(c)(3) the hospital must have more than fifty percent (50%) of their active Medical staff are specialists who (a) are certified board specialists; or, (b) have completed the training requirements for admission to the board exam; or, (c) have completed the residency program in a medical specialty. GCMC meets this requirement per the Medical staff list enclosed. (Exhibit E).

If GCMC's application is approved, the hospital will be deemed to be located in the rural area of the state and, pursuant to statute and CMS policy, must be treated for all purposes of Medicare's inpatient prospective payment system under subsection (d) as if it is located in a rural area. *See* Act § 1886(d)(8)(E); CMS transmittal A-00-27.

For your convenient reference, we also include the following exhibits with the legal cites for this application:

    Exhibit F:  Act § 1886(d)(8)(E)

    Exhibit G:  42 C.F.R. § 412.96

    Exhibit H:  42 C.F.R. § 412.103

    Exhibit I:  Program Memorandum – Transmittal A-00-27 (May 2000)

Exhibit J:   Section 1886(d) (5) (C) of the Social Security Act

As demonstrated above in this letter and the attached documentation, GCMC qualifies to be classified as a RRC, effective July 1, 2014, according to CFR 412.96 and per the requirements of Statute 1886(d)(5)(C)(i) of the Social Security Act.

Thank you for your prompt consideration.  If you have any questions in connection with this matter or need any additional information, please contact Scott Besler from BESLER Consulting at (732) 839-1219.

Sincerely,

Edward Chabalowski
Vice President and Chief Financial Officer
Geisinger Community Medical Center


cc:  Mr. Johnny Barnes, CMS

EXHIBIT 4





MEDICARE  PART  A

08/20/2014

Ms. Marissa Costanzo
Manager
Community Medical Center
521 Mount Pleasant Drive, Suite 210
Scranton, PA 18503-1987

Provider Name: Community Medical Center
CMS Certification Number(CCN): 390001

Re: Request for Rural Referral Center (RRC) status Community Medical Center

Dear Ms. Costanzo,

On 06/13/2014, Novitas Solutions Inc. received an application for RRC status for Community Medical Center 390001. The provider RRC application was made stating these items:

1)  Is a Medicare participating acute care hospital 42 C.F.R. 412.96(a).
2)  Satisfies the case-mix index criterion 42 C.F.R. 412.96(c)(1).
3)  Satisfies the discharge criterion 42 C.F.R. 412.96(c)(2).
4)  Satisfies the medical staff board certified or board eligible criterion 42 C.F.R 412.96(c)(3).
5)  Satisfies the rural requirement under C.F.R. 412.96(b)(1) because of a reclass to rural under 42 C.F.R. 412.103.

In accordance with 42 C.F.R. 412.96(c), we reviewed the documentation submitted and are approving this RRC request, based on the following:

1)  Community Medical Center 390001 satisfies the minimum Case-Mix-Index (CMI) criteria for RRC status. As per the final IPPS FY 2014 Federal Register (FR) the minimum CMI value for the "federal year that ends at least 1 year before the beginning of the cost reporting period" in which the RRC status is desired. The CMI for this provider for the FY ended 09/30/2012 is 1.5837, and the minimum for the Mid-Atlantic region as stated in the FR is 1.4015.
2)  Community Medical Center 390001 satisfies the discharge criteria as per the cost report ended 06/30/2012. As per the instruction in the FY 2014 Federal Register (page 50610), the reference period for this item is the cost reporting period that began during FY 2011. Since this provider's fiscal year 06/30/2012 cost report shows 10,558 discharges, (and that exceeds the required minimum of 5,000) this provider has met the discharge criteria for RRC status.
3)  Community Medical Center 390001 does appear to satisfy criteria described under 42 C.F.R. 412.96(c)(3) for percentage of active Medical staff that are board certified specialists, or have completed the training requirements for admission to the board exam, or have completed the

I N N O V A T I O N   I N   A C T I O N
A CMS CONTRACTOR • ISO 9001-2008 CERTIFIED

residency program in a medical specialty.  As per 42 C.F.R. 412.96(c)(3) only 50% is needed to satisfy this criteria for RRC status.

4)  The CMS RO informed Novitas Solutions on 08/12/2014 of approval of a reclass to rural under 42 C.F.R. 412.103 for Community Medical Center 390001, with an effective date of 06/11/2014.

The initial RRC status will be effective 07/01/2014.  Claims with service dates on and after 06/11/2014, may be identified for reprocessing to adjust to a rural wage index value.  As you may already know and as listed in regulation 42 C.F.R. 412.230, since Community Medical Center 390001 has acquired rural status under 42 C.F.R. 412.103, Community Medical Center 390001 cannot obtain wage index reclassification, or wage index out-migration under MGCRB rules for a year in which the 42 C.F.R. 412.103 status is active.

Sincerely,


Grayson Smith
Medicare Reimbursement
Novitas Solutions, Inc.

Cc: Donna Silvio
Cc: Edward Chabalowski
Cc: CMS RO

---

EXHIBIT 5



**BESLER**
CONSULTING

CONSULTANTS IN HEALTHCARE
FINANCE AND OPERATIONS
toll free 1.877.4BESLER
www.besler.com

*via Overnight Delivery*

August 28, 2014

Medicare Geographic Classification Review Board
2520 Lord Baltimore Drive
Suite L
Baltimore, Maryland 21244-2670

**RE:  *Geisinger-Community Medical Center (PA) Provider No. 39-0001 (PRIMARY)
Individual Geographic Reclassification Application FFY 2016 through FFY 2018***

Dear Mr. Chairman:

Pursuant to Federal regulations at 42 C.F.R. §§ 412.230, Geisinger-Community Medical Center (the Medical Center), Medicare provider number 39-0001 is submitting their Individual Hospital Application for Geographic Reclassification to the Medicare Geographic Classification Review Board's (MGCRB) review.   Attached you will find a primary application (Allentown-Bethlehem-Easton, PA-NJ) for the Medical Center.

Attached you will find 1 original and 2 copies as indicated in the instructions.  Should the MGCRB have additional inquiry please do not hesitate to contact me at (732) 839-1219 or via email at sbesler@besler.com.

Thank you for your time and consideration in this matter.

Sincerely,

Scott Besler
Senior Manager
BESLER Consulting

enc.
c:  Edward Chabalowski
    Joseph D. Glazer

3 Independence Way
Suite 201
Princeton, NJ  08540
phone 609.514.1400
fax 609.514.1410

5906 Old Ocean Boulevard
Ocean Ridge, FL  33435
phone 561.622.9068
fax 609.514.1410

One Adams Place
859 Willard Street, Suite 400
Quincy, MA  02169
phone 781.353.6419
fax 781.353.6499



**BESLER**
CONSULTING

CONSULTANTS IN HEALTHCARE
FINANCE AND OPERATIONS
toll free 1.877.4BESLER
www.besler.com

*via Overnight Delivery*

August 28, 2014

Centers for Medicare & Medicaid Services
Center for Medicare
Hospital & Ambulatory Policy Group Division of Acute Care
7500 Security Boulevard
Mail Stop C4-08-06
Baltimore, Maryland 21244-1850
Re: MGCRB Application

### RE:  *Geisinger-Community Medical Center (PA) Provider No. 39-0001*
   *Individual Geographic Reclassification Application FFY 2016 through FFY 2018*

Dear Sir or Madam:

Pursuant to Federal regulations at 42 C.F.R. §§ 412.230, Geisinger-Community Medical Center, Medicare provider number 39-0001 is submitting their Individual Hospital Application for Geographic Reclassification.  Attached you will find a primary application (East Stroudsburg, PA) and a secondary application (Allentown-Bethlehem-Easton, PA-NJ) for the Medical Center.

Attached you will find 1 copy (of each application) as indicated in the instructions.  Should you have additional inquiry please do not hesitate to contact me at (732) 839-1219 or via email at sbesler@besler.com.

Thank you for your time and consideration in this matter.

Sincerely,

*Scott Besler*

Scott Besler
Senior Manager
BESLER Consulting

enc.

3 Independence Way
Suite 201
Princeton, NJ 08540
phone 609.514.1400
fax 609.514.1410

5906 Old Ocean Boulevard
Ocean Ridge, FL 33435
phone 561.622.9068
fax 609.514.1410

One Adams Place
859 Willard Street, Suite 400
Quincy, MA 02169
phone 781.353.6419
fax 781.353.6499

**Geisinger Community Medical Center (CCN 39-0001) PRIMARY APPLICATION 2014**

## MEDICARE GEOGRAPHIC CLASSIFICATION REVIEW BOARD
2520 Lord Baltimore Drive, Suite L, Baltimore, MD 21244-2670

### 2014 INDIVIDUAL HOSPITAL APPLICATION
### FOR GEOGRAPHIC RECLASSIFICATION
### EFFECTIVE FEDERAL FISCAL YEARS 2016 THROUGH 2018

## PLEASE READ INSTRUCTIONS BEFORE COMPLETING THIS APPLICATION

THIS APPLICATION MUST BE COMPLETED AND RECEIVED BY THE MGCRB
BY **5:00 P.M. EDT, SEPTEMBER 2, 2014**.
FAILURE TO COMPLY WILL RESULT IN DISMISSAL.

### PRINT IN INK OR TYPE WHEN COMPLETING THIS APPLICATION

**I. HOSPITAL INFORMATION**

1. NAME OF HOSPITAL:  Geisinger - Community Medical Center

2. MEDICARE PROVIDER NUMBER: 39-0001

3. STREET ADDRESS: 1800 Mulberry Street

    Scranton, PA 18510

4. NAME OF THE COUNTY WITHIN
   WHICH THE HOSPITAL IS LOCATED:  Lackawanna, PA

5. MAILING ADDRESS, E-MAIL ADDRESS AND CONTACT NAME AND TELEPHONE NUMBER FOR
   ALL COMMUNICATIONS REGARDING THE APPLICATION:

   NAME:  Scott Besler

   ORGANIZATION: BESLER Consulting

   ADDRESS:  3 Independence Way, Princeton, NJ 08540

   E-MAIL ADDRESS:  sbesler@besler.com

   TELEPHONE NUMBER:  (732) 839-1219

**Geisinger Community Medical Center (CCN 39-0001) PRIMARY APPLICATION 2014**

## II. RECLASSIFICATION REQUEST

> **NOTE: PLEASE READ THE INDIVIDUAL HOSPITAL INSTRUCTIONS (PAGES 2 AND 3) REGARDING THE BOARD'S TREATMENT OF URBAN AND RURAL AREAS FOR APPLICATION PURPOSES.**

**6.**   CIRCLE THE RECLASSIFICATION AND CRITERIA CATEGORY USED FOR THE APPLICATION.

WAGE INDEX CATEGORY - (42 C.F.R. §§ 412.230(d)(l)(iii)(C) AND 412.230(d)(1)(iv)(E))

    (A.) HOSPITALS LOCATED IN RURAL AREAS - 106 AND 82 PERCENT

    B.  HOSPITALS LOCATED IN URBAN AREAS - 108 AND 84 PERCENT

**7.**   SEEKS RECLASSIFICATION **FROM**:  Pennsylvania (39)

        (SHOW THE NAME AND IDENTIFICATION CODE FOR THE STATE OR URBAN AREA.)

SEEKS RECLASSIFICATION **TO**:  Allentown – Bethlehem – Easton, PA-NJ (10900)

        (SHOW THE NAME AND IDENTIFICATION CODE FOR THE STATE OR URBAN AREA.)

## III. GENERAL INFORMATION

**8.**   **A.**  IS THE HOSPITAL ALREADY RECLASSIFIED FOR FFY 2016 FOR THE WAGE INDEX UNDER A 3-YEAR WAGE INDEX RECLASSIFICATION?

        YES _____      NO ___ **X** ___

  **B.**  IF "YES" TO 8.A., WHAT RURAL OR URBAN AREA IS THE HOSPITAL RECLASSIFIED TO FOR FFY 2016 UNDER ITS 3-YEAR WAGE INDEX RECLASSIFICATION?

        N/A

        (SHOW THE NAME AND IDENTIFICATION CODE FOR THE STATE OR URBAN AREA.)

**9.**   **A.**  IF THE HOSPITAL WAS RECLASSIFIED FOR THE WAGE INDEX VALUE FOR FFY 2016 THROUGH A PRIOR 3-YEAR RECLASSIFICATION, DID THE HOSPITAL "WITHDRAW" OR "TERMINATE" SUCH RECLASSIFICATION?

        YES _____      NO _____

  **B.**  IF "YES" TO 9.A, DID THE HOSPITAL APPLY TO CANCEL THE BOARD APPROVED "WITHDRAWAL" OR "TERMINATION" IN ORDER TO REINSTATE THE 3-YEAR RECLASSIFICATION IN 9.A. ABOVE, INCLUDING FFY 2016?

        YES _____      NO _____

**10.**   PRIOR YEAR CASE NUMBERS (ALL HOSPITALS MUST COMPLETE):

        13C ___None___      14C ___None___      15C ___None___

**Geisinger Community Medical Center (CCN 39-0001) PRIMARY APPLICATION 2014**

11.   **A.** IS THE HOSPITAL ALSO A MEMBER OF A GROUP RECLASSIFICATION REQUEST?

YES _____        NO _____ **X** _____

**B.** IF "YES" TO 11.A, ENTER THE NAME OF THE COUNTY IN WHICH THE GROUP IS LOCATED:

_____

**C.** IS THE HOSPITAL ALSO A MEMBER OF A STATEWIDE WAGE INDEX AREA REQUEST?

YES _____        NO _____

NOTE:  THE BOARD WILL RULE ON ANY STATEWIDE WAGE INDEX APPLICATION FIRST AND THEN THE GROUP APPLICATION BEFORE IT REVIEWS THE INDIVIDUAL REQUEST.

12.   IF THE HOSPITAL APPLYING FOR RECLASSIFICATION IS APPLYING AS AN URBAN HOSPITAL:

**A.** HAS THE HOSPITAL "EVER BEEN" CLASSIFIED BY THE CMS REGIONAL OFFICE UNDER 42 C.F.R. § 412.103 AS BEING IN A RURAL AREA?

YES _____        NO _____

**B.** IF "YES" TO 12.A., IS THE HOSPITAL "CURRENTLY" CLASSIFIED BY THE CMS REGIONAL OFFICE UNDER 42 C.F.R. § 412.103 AS BEING IN A RURAL AREA?

YES _____        NO _____        N/A _____

**C.** IF "YES" TO 12.B., HAS THE HOSPITAL OBTAINED WRITTEN NOTICE FROM THE CMS REGIONAL OFFICE DEMONSTRATING THAT IT'S RURAL REDESIGNATION WILL CANCEL PRIOR TO OCTOBER 1, 2015?

YES _____        NO _____        N/A _____

**D.** DOES THE HOSPITAL HAVE A PENDING APPLICATION WITH THE CMS REGIONAL OFFICE TO BE TREATED AS BEING IN A RURAL AREA UNDER 42 C.F.R. § 412.103?

YES _____        NO _____        N/A _____

SUPPORTING DOCUMENTATION REQUIRED FOR QUESTION 12:
- IF "YES" TO 12.B., PROVIDE A COPY OF THE CMS REGIONAL OFFICE APPROVAL LETTER AT **ATTACHMENT A-1**.
- IF "YES" TO 12.C., PROVIDE A COPY OF THE CMS REGIONAL OFFICE WRITTEN NOTICE AT **ATTACHMENT A-2**.
- IF "YES" TO 12.D., PROVIDE A COPY OF THE HOSPITAL'S LETTER TO THE CMS REGIONAL OFFICE REQUESTING RURAL RECLASSIFICATION AT **ATTACHMENT A-3**.

## Geisinger Community Medical Center (CCN 39-0001) PRIMARY APPLICATION 2014

**13.** INDICATE WHETHER THE HOSPITAL IS CURRENTLY CLASSIFIED AS A:

**A.** SOLE COMMUNITY HOSPITAL (SCH)     YES _____     NO _____ **X** _____

IF "YES," ATTACH WRITTEN VERIFICATION (E.G., A <u>CURRENT</u> LETTER, E-MAIL, ETC.) FROM THE CMS REGIONAL OFFICE OR THE HOSPITAL'S FISCAL INTERMEDIARY THAT CONFIRMS THE HOSPITAL'S CURRENT STATUS AS A SCH UNDER **ATTACHMENT B**.

**B.** HAS THE HOSPITAL LOST ITS DESIGNATION AS AN SCH DUE TO AN MGCRB RECLASSIFICATION IN A PREVIOUS YEAR?

YES _____     NO _____     N/A _____ **X** _____

IF "YES," IDENTIFY THE DATE STATUS WAS LOST: _____ ALSO, ATTACH THE FISCAL INTERMEDIARY OR CMS REGIONAL OFFICE LETTER INDICATING WHEN THE HOSPITAL'S SCH STATUS WAS LOST UNDER **ATTACHMENT C**.

**14.** INDICATE WHETHER THE HOSPITAL IS CURRENTLY CLASSIFIED AS A:

**A.** RURAL REFERRAL CENTER (RRC)     YES _____ **X** _____     NO _____

IF "YES," ATTACH WRITTEN VERIFICATION (E.G., A <u>CURRENT</u> LETTER, E-MAIL, ETC.) FROM THE CMS REGIONAL OFFICE OR THE HOSPITAL'S FISCAL INTERMEDIARY THAT CONFIRMS THE HOSPITAL'S CURRENT STATUS AS A RRC UNDER **ATTACHMENT D-1**.

**B.** IF THE ANSWER TO 14.A. IS "NO," INDICATE WHETHER THE HOSPITAL "HAS EVER BEEN" CLASSIFIED AS AN RRC     YES _____     NO _____

IF "YES," ATTACH WRITTEN VERIFICATION (E.G., A LETTER, E-MAIL, ETC.) FROM THE CMS REGIONAL OFFICE OR THE HOSPITAL'S FISCAL INTERMEDIARY THAT CONFIRMS THE HOSPITAL'S "HAS EVER BEEN" STATUS AS A RRC UNDER **ATTACHMENT D-1**.

ALSO ATTACH A COPY OF THE OFFICIAL LETTER FROM THE CMS REGIONAL OFFICE OR THE HOSPITAL'S FISCAL INTERMEDIARY THAT GRANTED RRC STATUS TO THE HOSPITAL UNDER **ATTACHMENT D-2.**

**15.** IF THE HOSPITAL IS LOCATED IN AN URBAN AREA (MSA), IS THE HOSPITAL THE SINGLE ACUTE CARE IPPS HOSPITAL IN THE HOSPITAL'S URBAN AREA?

YES _____     NO _____     N/A _____

IF "YES," ATTACH WRITTEN VERIFICATION (E.G., A <u>CURRENT</u> LETTER, E-MAIL, ETC.) FROM THE CMS REGIONAL OFFICE THAT CONFIRMS THAT THE HOSPITAL IS THE SINGLE ACUTE CARE IPPS HOSPITAL IN THE HOSPITAL'S MSA UNDER **ATTACHMENT E**.

**16.** INDICATE WHETHER THE HOSPITAL IS REQUESTING AN ORAL HEARING:

YES _____     NO _____ **X** _____     N/A _____

IF "YES," ATTACH RATIONALE FOR REQUEST UNDER **ATTACHMENT F**.

**Geisinger Community Medical Center (CCN 39-0001) PRIMARY APPLICATION 2014**

**IV.  RECLASSIFICATION REQUEST UNDER T HE " SPECIAL ACCESS" RULES FOR SOLE COMMUNITY HOSPITALS AND RURAL REFERRAL CENTERS**

**17.**  IF THE HOSPITAL IS A SOLE COMMUNITY HOSPITAL OR A RURAL REFERRAL CENTER AND IS APPLYING UNDER THE "SPECIAL ACCESS" RULES, IS IT APPLYING TO THE CLOSEST URBAN AREA OR THE CLOSEST RURAL AREA (IF THE RURAL AREA IS CLOSER THAN THE CLOSEST URBAN AREA AND THE SCH/RRC ITSELF IS LOCATED IN A RURAL AREA)?

YES _____     NO _____

**18.**  INDICATE WHETHER THE AREA REQUESTED IS CLOSEST IN DISTANCE (MILES) OR DRIVING TIME (OR BOTH) AS COMPARED TO THE NEXT CLOSEST URBAN OR RURAL AREA:

_____

IF THE HOSPITAL IS REQUESTING RECLASSIFICATION BASED ON DISTANCE (CLOSEST IN MILES), IT MUST COMPLETE THE ROAD AND MILEAGE COLUMNS FOR BOTH THE REQUESTED AREA IN DISTANCE (18.A.) **AND** THE NEXT CLOSEST AREA IN DISTANCE (18.B.).

IF THE HOSPITAL IS REQUESTING RECLASSIFICATION BASED ON THE SHORTEST DRIVING TIME, IT MUST COMPLETE THE ROAD, MILEAGE, AND TIME COLUMNS FOR BOTH THE REQUESTED AREA IN DRIVING TIME (18.A.) AND THE NEXT CLOSEST AREA IN DRIVING TIME (18.B.). **ATTACH A CLEARLY MARKED ORIGINAL MAP OR MAPS WITH LEGEND(S) UNDER ATTACHMENT G.**

**NOTE:** ALL ROADS MUST BE **IMPROVED\*** ROADS AND ALL MEASUREMENTS MUST BEGIN AT THE FRONT ENTRANCE OF THE HOSPITAL.

**A.  REQUESTED AREA**

| ROAD | MILEAGE | TIME |
|------|---------|------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| **TOTAL** | _____ | _____ |

**Geisinger Community Medical Center (CCN 39-0001) PRIMARY APPLICATION 2014**

B. **NEXT CLOSEST AREA** – _____

(INDICATE NAME OF AREA)

| ROAD | MILEAGE | TIME |
|------|---------|------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| **TOTAL** | _____ | _____ |

\*AN IMPROVED ROAD IS ANY ROAD THAT IS MAINTAINED BY A LOCAL, STATE, OR FEDERAL GOVERNMENT ENTITY AND IS AVAILABLE FOR USE BY THE GENERAL PUBLIC. AN IMPROVED ROAD INCLUDES THE PAVED SURFACE UP TO THE FRONT ENTRANCE OF THE HOSPITAL. (REFER TO THE APPLICATION INSTRUCTIONS FOR QUESTION 18.).

## V. **RECLASSIFICATION REQUEST UNDER T HE " PROXIMITY" RULES**

19. IS THE HOSPITAL LOCATED WITHIN 35 MILES, IF A RURAL HOSPITAL, OR 15 MILES, IF URBAN, OF THE AREA TO WHICH IT SEEKS RECLASSIFICATION?

YES ___**X**___   NO _____

**20.** IF "YES" TO 19, SHOW THE NUMBER OF MILES OVER **IMPROVED**\* ROADS FROM THE FRONT ENTRANCE OF THE HOSPITAL TO THE BORDER OF THE REQUESTED AREA. **ATTACH A CLEARLY MARKED ORIGINAL MAP OR MAPS WITH LEGEND(S) UNDER ATTACHMENT G.**

| ROAD | MILEAGE |
|---|---|
| Begin at 1800 Mulberry St. | 177ft |
| Turn left onto Harrison Ave. | 0.3 mi |
| Continue onto Crown Ave. | 394 ft |
| Turn left onto Moosic St. | 0.2 mi |
| Turn right onto Meadow Ave. | 0.2 mi |
| Turn left onto River St. | 217 ft |
| Turn right to merge onto I-81 S | 8.6 mi |
| Take Exit 175 A to merge onto PA 315 S | 0.4 mi |
| Taker the I-81 N ramp | 387 ft |
| Keep left at fork, merge onto I-476 S | 17.1 mi |
| | |
| | |
| **TOTAL** | **27.3 mi** |

**21.** IF THE URBAN HOSPITAL IS LOCATED MORE THAN 15 MILES FROM THE REQUESTED AREA OR THE RURAL HOSPITAL IS LOCATED MORE THAN 35 MILES FROM THE REQUESTED AREA, INDICATE, IF APPLICABLE, WHETHER AT LEAST 50 PERCENT OF ITS EMPLOYEES RESIDE IN THE AREA TO WHICH THE HOSPITAL REQUESTS RECLASSIFICATION:

YES _____   NO _____

IF "YES," ATTACH INFORMATION FROM THE HOSPITAL'S PAYROLL RECORDS THAT IDENTIFIES THE EMPLOYEES' HOME ADDRESSES BY ZIP CODE AND ATTACH A MAP THAT SHOWS THE RELATIONSHIP OF THE ZIP CODES TO THE COUNTIES AND/OR AREAS UNDER **ATTACHMENT H**.

ALSO, INDICATE THE PERCENTAGE OF HOSPITAL EMPLOYEES WHO RESIDE IN THE REQUESTED AREA:
_____%

**\*AN IMPROVED ROAD IS ANY ROAD THAT IS MAINTAINED BY A LOCAL, STATE, OR FEDERAL GOVERNMENT ENTITY AND IS AVAILABLE FOR USE BY THE GENERAL PUBLIC. AN IMPROVED ROAD INCLUDES THE PAVED SURFACE UP TO THE FRONT ENTRANCE OF THE HOSPITAL. (REFER TO THE APPLICATION INSTRUCTIONS FOR QUESTION 20 FOR FURTHER INFORMATION).**

**Geisinger Community Medical Center (CCN 39-0001) PRIMARY APPLICATION 2014**

## WAGE COMPARISON

ATTACH THE HOSPITAL'S WAGE COMPUTATIONS USING 3-YEAR AVERAGE HOURLY WAGES (i.e., 106 AND 82 PERCENT COMPARISON FOR HOSPITALS LOCATED IN RURAL AREAS AND 108 AND 84 PERCENT COMPARISON FOR HOSPITALS LOCATED IN URBAN AREAS) UNDER **ATTACHMENT I**.

HOSPITALS THAT WERE EVER AN RRC ARE EXEMPT FROM THE 106/108 PERCENT THRESHOLDS AND WILL ONLY BE REQUIRED TO MEET THE 82 PERCENT THRESHOLD OF THE AREA TO WHICH IT IS APPLYING (NOT THE 84 PERCENT THRESHOLD), EVEN IF IT IS AN URBAN HOSPITAL. A HOSPITAL THAT IS THE SINGLE HOSPITAL IN ITS URBAN AREA (MSA) IS EXEMPT FROM HAVING TO MEET THE 108 PERCENT THRESHOLD.

### AFFIDAVIT

COUNTY OR PARISH OF ___Lackawanna___

STATE OF ___Pennsylvania___

I, ___Edward Chabalowski___ ___(TYPE OR PRINT NAME),
BEING DULY SWORN, DEPOSE AND SAY AS FOLLOWS:

(1) I CERTIFY THAT I HAVE EXAMINED THE ACCOMPANYING APPLICATION FOR GEOGRAPHIC
RECLASSIFICATION AND ALL OF THE SUPPORTING INFORMATION AND DATA INCLUDED IN
THE SUBMITTAL BY ___**Geisinger – Community Medical Center (Provider # 39-0001)**___
___(HOSPITAL NAME AND MEDICARE PROVIDER NUMBER) THAT IS DUE TO THE
MEDICARE GEOGRAPHIC CLASSIFICATION REVIEW BOARD NO LATER THAN SEPTEMBER 2,
2014. I HEREBY DECLARE UNDER PENALTY OF PERJURY (28 U.S.C. SECTION 1746) THAT THE
FOREGOING IS TRUE AND CORRECT.

(2) I UNDERSTAND THAT AN OMISSION, MISSTATEMENT, MISREPRESENTATION, OR ERROR MADE
IN A HOSPITAL'S APPLICATION AND SUPPORTING INFORMATION AND DATA FOR GEOGRAPHIC
RECLASSIFICATION MAY BE GROUNDS FOR DENIAL OF THE HOSPITAL'S APPLICATION.

(3) I UNDERSTAND THAT AN OMISSION, MISSTATEMENT, MISREPRESENTATION, OR ERROR MADE
IN A HOSPITAL'S APPLICATION AND SUPPORTING INFORMATION AND DATA FOR GEOGRAPHIC
RECLASSIFICATION MAY BE CAUSE FOR LEGAL ACTION AGAINST THE APPLICANT HOSPITAL
AND ITS OFFICIALS.

(4) I CERTIFY THAT I AM AN OFFICER OF THE HOSPITAL NAMED IN (1) ABOVE OR A CORPORATE
OFFICER OF THE HOSPITAL'S PARENT CORPORATION WITH AUTHORITY TO SIGN THE
APPLICATION FOR GEOGRAPHIC RECLASSIFICATION ON BEHALF OF THE HOSPITAL.

SIGNATURE: _Edward Chabalowski_

TITLE: _V.P. & CFO_

PHONE NUMBER: _570 - 703 - 8309_

E-MAIL ADDRESS: _EACHabalowski @ geisinger.edu_

SUBSCRIBED AND SWORN BEFORE ME
THIS __28__ DAY OF __August__ 2014
(DAY)              (MONTH)

_Ann M. Hael_
(SIGNATURE OF NOTARY)

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Ann M. Hall, Notary Public
City of Scranton, Lackawanna County
My Commission Expires June 24, 2018
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

NOTARY PUBLIC
MY COMMISSION EXPIRES: _6-24-18_

Page 9 of 9

**Geisinger Community Medical Center (CCN 39-0001) PRIMARY APPLICATION**

## 2014 INDIVIDUAL HOSPITAL APPLICATION
## FOR GEOGRAPHIC RECLASSIFICATION EFFECTIVE FEDERAL
## FISCAL YEARS 2016 THROUGH 2018

Supplement to **Question #6** on the **Primary** Application –

## 6.  WAGE INDEX CATEGORY - (42 C.F.R. §§ 412.230(d)(l)(iii)(C) AND 412.230(d)(1)(iv)(E)) A.  HOSPITALS LOCATED IN RURAL AREAS - 106 AND 82 PERCENT

Geisinger Community Medical Center Medicare provider number 39-0001 also meets the percentages applicable to "Hospitals Located in Urban Areas".

---

Supplement to **Question #12** on the **Primary** Application –

## 12.  IF THE HOSPITAL APPLYING FOR RECLASSIFICATION IS APPLYING AS AN URBAN HOSPITAL.

Geisinger Community Medical Center Medicare provider number 39-0001 is applying as a rural hospital.

---

Supplement to **Question #15** on the **Primary** Application –

## 15.  IF THE HOSPITAL IS LOCATED IN AN URBAN AREA (MSA), IS THE HOSPITAL THE SINGLE ACUTE CARE IPPS HOSPITAL IN THE HOSPITAL'S URBAN AREA?

Geisinger Community Medical Center Medicare provider number 39-0001 is applying as a rural hospital and is not the single acute care IPPS hospital in its geographic area.

# Attachment A-1

**DEPARTMENT OF HEALTH & HUMAN SERVICES**
Centers for Medicare & Medicaid Services
150 S. Independence Mall West
Suite 216, The Public Ledger Building
Philadelphia, Pennsylvania 19106-3499



Region III/Division of Financial Management & FFS Operations

MIS# 3534

August 12, 2014

Mr. Edward Chabalowski
Geisinger Community Medical Center
1800 Mulberry Street
Scranton, PA 18510

Re:    Geisinger Community Medical Center
       Special Treatment:
       Hospitals Located in Urban Areas & that Apply for Reclassification as Rural
       CCN: 39-0001

Dear Mr. Chabalowski:

This letter is in response to your letter received in our office on June 11, 2014 requesting reclassification from urban to rural. Geisinger Community Medical Center (GCMC) is located in Scranton, PA and affiliated with Geisinger Health System which is part of the Scranton-Wilkes CBSA. You provided documentation to support that GCMC would qualify as a Rural Referral Center (RRC) if GCMC was located in a rural area in accordance with 42 CFR §412.103(c) alternative methods.

Based upon our review, your application for geographic relocation has been approved.    The effective date of this approval is June 11, 2014.

If you have any questions regarding this matter, please contact Kenneth Thompson at (215) 861-4784.

                              Sincerely,

                              *Johnny O. Barnes*

                              Johnny O. Barnes
                              Manager,
                              Financial Management Branch
                              Division of Medicare Financial Management
                              & FFS Operations

cc:      Andrew Tish, Novitas Solutions

PREVENTION: Did you know that most Medicare-covered preventive services are free? Find out how Medicare can help you stay healthy with an annual "Wellness Visit," and regular preventive screenings at www.medicare.gov, or at 1-800-MEDICARE

# Attachment
# D-1





**MEDICARE PART A**

08/20/2014

Ms. Marissa Costanzo
Manager
Community Medical Center
521 Mount Pleasant Drive, Suite 210
Scranton, PA 18503-1987

Provider Name: Community Medical Center
CMS Certification Number(CCN): 390001

Re: Request for Rural Referral Center (RRC) status Community Medical Center

Dear Ms. Costanzo,

On 06/13/2014, Novitas Solutions Inc. received an application for RRC status for Community Medical Center 390001. The provider RRC application was made stating these items:

1) Is a Medicare participating acute care hospital 42 C.F.R. 412.96(a).
2) Satisfies the case-mix index criterion 42 C.F.R. 412.96(c)(1).
3) Satisfies the discharge criterion 42 C.F.R. 412.96(c)(2).
4) Satisfies the medical staff board certified or board eligible criterion 42 C.F.R 412.96(c)(3).
5) Satisfies the rural requirement under C.F.R. 412.96(b)(1) because of a reclass to rural under 42 C.F.R. 412.103.

In accordance with 42 C.F.R. 412.96(c), we reviewed the documentation submitted and are approving this RRC request, based on the following:

1) Community Medical Center 390001 satisfies the minimum Case-Mix-Index (CMI) criteria for RRC status. As per the final IPPS FY 2014 Federal Register (FR) the minimum CMI value for the "federal year that ends at least 1 year before the beginning of the cost reporting period" in which the RRC status is desired. The CMI for this provider for the FY ended 09/30/2012 is 1.5837, and the minimum for the Mid-Atlantic region as stated in the FR is 1.4015.
2) Community Medical Center 390001 satisfies the discharge criteria as per the cost report ended 06/30/2012. As per the instruction in the FY 2014 Federal Register (page 50610), the reference period for this item is the cost reporting period that began during FY 2011. Since this provider's fiscal year 06/30/2012 cost report shows 10,558 discharges, (and that exceeds the required minimum of 5,000) this provider has met the discharge criteria for RRC status.
3) Community Medical Center 390001 does appear to satisfy criteria described under 42 C.F.R. 412.96(c)(3) for percentage of active Medical staff that are board certified specialists, or have completed the training requirements for admission to the board exam, or have completed the

INNOVATION IN ACTION
A CMS CONTRACTOR • ISO 9001-2008 CERTIFIED

     residency program in a medical specialty.  As per 42 C.F.R. 412.96(c)(3) only 50% is needed to satisfy this criteria for RRC status.

4) The CMS RO informed Novitas Solutions on 08/12/2014 of approval of a reclass to rural under 42 C.F.R. 412.103 for Community Medical Center 390001, with an effective date of 06/11/2014.

The initial RRC status will be effective 07/01/2014.  Claims with service dates on and after 06/11/2014, may be identified for reprocessing to adjust to a rural wage index value.  As you may already know and as listed in regulation 42 C.F.R. 412.230, since Community Medical Center 390001 has acquired rural status under 42 C.F.R. 412.103, Community Medical Center 390001 cannot obtain wage index reclassification, or wage index out-migration under MGCRB rules for a year in which the 42 C.F.R. 412.103 status is active.

Sincerely,


Grayson Smith
Medicare Reimbursement
Novitas Solutions, Inc.

Cc: Donna Silvio
Cc: Edward Chabalowski
Cc: CMS RO

# Attachment G



New Jersey
Pennsylvania

**STATE SERIES**

AAA.com



**bing** Maps

| | |
|---|---|
| A | **near Street, Scranton, PA 18510** |
| B | **near I-476 S, Lake Harmony, PA 18624** |

Route: **27.3 mi, 30 min**

My Notes

On the go? Use **m.bing.com** to find maps,
directions, businesses, and more

| A | **near Street, Scranton, PA 18510** | **A–B: 27.3 mi** |
|---|---|---|
| | | 30 min |
| | 1. Depart from **near Street, Scranton, PA 18510** | 177 ft |
| ↰ | 2. Turn **left** onto **Mulberry St** | 0.2 mi |
| ↰ | 3. Turn **left** onto **Harrison Ave** | 0.4 mi |
| ↰ | 4. Turn **left** onto **PA-307 / Moosic St** | 0.2 mi |
| ↱ | 5. Turn **right** onto **Meadow Ave**<br>*CITGO on the corner* | 0.2 mi |
| ↰ | 6. Turn **left** onto **River St** | 226 ft |
| 🛣 81 | 7. Take ramp **right** and follow signs for **I-81 South** | 8.6 mi |
| 315 | 8. At exit **175A**, take ramp **right** for **PA-315 South** toward **Pittston /<br>Penna Turnpike** | 0.4 mi |
| 🛣 476 | 9. Take ramp **right** for **I-476 South** toward **Allentown**<br>↯ *Toll road*<br>↯ *Stop for toll booth* | 17.2 mi<br>16 min |
| B | 10. Arrive at **near I-476 S, Lake Harmony, PA 18624**<br>*If you reach Pocono Interchange, you've gone too far* | |

These directions are subject to the Microsoft® Service Agreement and for informational purposes only. No guarantee is made regarding their completeness or accuracy.
Construction projects, traffic, or other events may cause actual conditions to differ from these results. Map and traffic data © 2014 NAVTEQ™.

Route: **27.3 mi, 30 min**



This was your map view in the browser window.

**A: near Street, Scranton, PA 18510**        **B: near I-476 S, Lake Harmony, PA 18624**

    

http://www.bing.com/maps/print.aspx?mkt=en-us&z=10&s=r&cp=41.257720,-
75.740291&pt=pf&rtp=pos.41.400523_-
75.646391_near%20Street%2C%20Scranton%2C%20PA%2018510___e__AswilEPR9K8gAADgAUJcQT8A~
pos.41.104040_-75.749456_near%20I-
476%20S%2C%20Lake%20Harmony%2C%20PA%2018624___e__AswilEOBkrYgAADgAUEN4DsA&mode=
D&rtop=0~0~0~&cmw=1016&cmh=569&u=0

# Attachment I

# Attachment I

| | | |
|---:|:---|:---|
| Provider Name: | GEISINGER - COMMUNITY MEDICAL CENTER | |
| Provider Number: | **390001** | |
| Provider Type Code: | 0 | |
| Provider Type Description: | IPPS | |
| Provider Year End: | 6/30 | |
| Geographic CBSA Code: | 42540 | Scranton--Wilkes-Barre--Hazleton, PA |
| Desired CBSA Code: | **10900** | Allentown-Bethlehem-Easton, PA-NJ |
| Rural CBSA Code: | 39 | Pennsylvania |

**390001**

| | Wages | Hours | AHW | |
|---|---|---|---|---|
| 2015 | $82,258,489 | 2,733,073 | | |
| 2014 | $70,847,709 | 2,311,961 | | |
| 2013 | $72,584,266 | 2,349,461 | | |
| | $225,690,464 | 7,394,495 | $30.5214 | |

**Scranton--Wilkes-Barre--Hazleton, PA**

| | Wages | Hours | AHW | |
|---|---|---|---|---|
| 2015 | $539,613,670 | 17,104,992 | | |
| 2014 | $503,991,826 | 15,794,633 | | |
| 2013 | $490,049,829 | 15,851,809 | | |
| | $1,533,655,325 | 48,751,434 | $31.4587 | |

**Scranton--Wilkes-Barre--Hazleton, PA without GEISINGER - COMMUNITY MEDICAL CENTER**

| | Wages | Hours | AHW | |
|---|---|---|---|---|
| 2015 | $457,355,181 | 14,371,919 | | |
| 2014 | $433,144,117 | 13,482,672 | | |
| 2013 | $417,465,563 | 13,502,348 | | |
| | $1,307,964,861 | 41,356,939 | $31.6262 | 96.51% |

**Allentown-Bethlehem-Easton, PA-NJ**

| | Wages | Hours | AHW | |
|---|---|---|---|---|
| 2015 | $1,036,851,090 | 28,437,084 | | |
| 2014 | $957,644,436 | 27,050,431 | | |
| 2013 | $918,975,730 | 26,970,643 | | |
| | $2,913,471,256 | 82,458,158 | $35.3327 | 86.38% |

**Pennsylvania without GEISINGER - COMMUNITY MEDICAL CENTER**

| | Wages | Hours | AHW | |
|---|---|---|---|---|
| 2015 | $1,003,418,599 | 31,577,295 | | |
| 2014 | $951,100,204 | 31,869,276 | | |
| 2013 | $916,134,109 | 31,810,351 | | |
| | $2,870,652,912 | 95,256,922 | $30.1359 | 101.28% |

**Pennsylvania with GEISINGER - COMMUNITY MEDICAL CENTER**

| | Wages | Hours | AHW | |
|---|---|---|---|---|
| 2015 | $1,085,677,088 | 34,310,368 | | |
| 2014 | $1,021,947,913 | 34,181,237 | | |
| 2013 | $988,718,375 | 34,159,812 | | |
| | $3,096,343,376 | 102,651,417 | $30.1637 | 101.19% |

Source:
Provider Three Year Wages and Hours for Final Rule 2015
Produced Using Wage Data Dated and Occupational Mix Data Dated June 26, 2014

EXHIBIT 6



**BESLER**
**CONSULTING**

CONSULTANTS IN HEALTHCARE
FINANCE AND OPERATIONS
toll free 1.877.4BESLER
www.besler.com

*via Overnight Delivery*

August 28, 2014

Medicare Geographic Classification Review Board
2520 Lord Baltimore Drive
Suite L
Baltimore, Maryland 21244-2670

**RE: *Geisinger-Community Medical Center (PA) Provider No. 39-0001 (SECONDARY)
Individual Geographic Reclassification Application FFY 2016 through FFY 2018***

Dear Mr. Chairman:

Pursuant to Federal regulations at 42 C.F.R. §§ 412.230, Geisinger-Community Medical Center (the Medical Center), Medicare provider number 39-0001 is submitting their Individual Hospital Application for Geographic Reclassification to the Medicare Geographic Classification Review Board's (MGCRB) review. Attached you will find a secondary application (East Stroudsburg, PA) for the Medical Center.

Attached you will find 1 original and 2 copies as indicated in the instructions. Should the MGCRB have additional inquiry please do not hesitate to contact me at (732) 839-1219 or via email at sbesler@besler.com.

Thank you for your time and consideration in this matter.

Sincerely,

Scott Besler
Senior Manager
BESLER Consulting

enc.
c:  Edward Chabalowski
    Joseph D. Glazer

3 Independence Way
Suite 201
Princeton, NJ  08540
phone 609.514.1400
fax 609.514.1410

5906 Old Ocean Boulevard
Ocean Ridge, FL  33435
phone 561.622.9068
fax 609.514.1410

One Adams Place
859 Willard Street, Suite 400
Quincy, MA  02169
phone 781.353.6419
fax 781.353.6499



**BESLER**
**CONSULTING**

CONSULTANTS IN HEALTHCARE
FINANCE AND OPERATIONS
toll free 1.877.4BESLER
www.besler.com

*via Overnight Delivery*

August 28, 2014

Centers for Medicare & Medicaid Services
Center for Medicare
Hospital & Ambulatory Policy Group Division of Acute Care
7500 Security Boulevard
Mail Stop C4-08-06
Baltimore, Maryland 21244-1850
Re: MGCRB Application

**RE: *Geisinger-Community Medical Center (PA) Provider No. 39-0001***
**    *Individual Geographic Reclassification Application FFY 2016 through FFY 2018***

Dear Sir or Madam:

Pursuant to Federal regulations at 42 C.F.R. §§ 412.230, Geisinger-Community Medical Center, Medicare provider number 39-0001 is submitting their Individual Hospital Application for Geographic Reclassification. Attached you will find a primary application (East Stroudsburg, PA) and a secondary application (Allentown-Bethlehem-Easton, PA-NJ) for the Medical Center.

Attached you will find 1 copy (of each application) as indicated in the instructions. Should you have additional inquiry please do not hesitate to contact me at (732) 839-1219 or via email at sbesler@besler.com.

Thank you for your time and consideration in this matter.

Sincerely,

*Scott Besler*

Scott Besler
Senior Manager
BESLER Consulting

enc.

3 Independence Way
Suite 201
Princeton, NJ 08540
phone 609.514.1400
fax 609.514.1410

5906 Old Ocean Boulevard
Ocean Ridge, FL 33435
phone 561.622.9068
fax 609.514.1410

One Adams Place
859 Willard Street, Suite 400
Quincy, MA 02169
phone 781.353.6419
fax 781.353.6499

**Geisinger Community Medical Center (CCN 39-0001) SECONDARY APPLICATION 2014**

## MEDICARE GEOGRAPHIC CLASSIFICATION REVIEW BOARD
2520 Lord Baltimore Drive, Suite L, Baltimore, MD  21244-2670

### 2014 INDIVIDUAL HOSPITAL APPLICATION
### FOR GEOGRAPHIC RECLASSIFICATION
### EFFECTIVE FEDERAL FISCAL YEARS 2016 THROUGH 2018

### PLEASE READ INSTRUCTIONS BEFORE COMPLETING THIS APPLICATION

THIS APPLICATION MUST BE COMPLETED AND RECEIVED BY THE MGCRB
BY **5:00 P.M. EDT, SEPTEMBER 2, 2014**.
FAILURE TO COMPLY WILL RESULT IN DISMISSAL.

### PRINT IN INK OR TYPE WHEN COMPLETING THIS APPLICATION

**I. HOSPITAL INFORMATION**

1. NAME OF HOSPITAL:  Geisinger - Community Medical Center

2. MEDICARE PROVIDER NUMBER: 39-0001

3. STREET ADDRESS: 1800 Mulberry Street

   Scranton, PA 18510

4. NAME OF THE COUNTY WITHIN
   WHICH THE HOSPITAL IS LOCATED: Lackawanna, PA

5. MAILING ADDRESS, E-MAIL ADDRESS AND CONTACT NAME AND TELEPHONE NUMBER FOR
   ALL COMMUNICATIONS REGARDING THE APPLICATION:

   NAME: Scott Besler

   ORGANIZATION: BESLER Consulting

   ADDRESS: 3 Independence Way, Princeton, NJ 08540

   E-MAIL ADDRESS: sbesler@besler.com

   TELEPHONE NUMBER: (732) 839-1219

**Geisinger Community Medical Center (CCN 39-0001) SECONDARY APPLICATION 2014**

## II. RECLASSIFICATION REQUEST

> NOTE:  PLEASE READ THE INDIVIDUAL HOSPITAL INSTRUCTIONS (PAGES 2 AND 3) REGARDING THE BOARD'S TREATMENT OF URBAN AND RURAL AREAS FOR APPLICATION PURPOSES.

6.   CIRCLE THE RECLASSIFICATION AND CRITERIA CATEGORY USED FOR THE APPLICATION.

WAGE INDEX CATEGORY - (42 C.F.R. §§ 412.230(d)(l)(iii)(C) AND 412.230(d)(1)(iv)(E))

A.  HOSPITALS LOCATED IN RURAL AREAS - 106 AND 82 PERCENT

(B.) HOSPITALS LOCATED IN URBAN AREAS - 108 AND 84 PERCENT

7.   SEEKS RECLASSIFICATION **FROM**:  Scranton--Wilkes-Barre--Hazleton, PA (42540)

(SHOW THE NAME AND IDENTIFICATION CODE FOR THE STATE OR URBAN AREA.)

SEEKS RECLASSIFICATION **TO**:  East Stroudsburg, PA (20700)

(SHOW THE NAME AND IDENTIFICATION CODE FOR THE STATE OR URBAN AREA.)

## III. GENERAL INFORMATION

8.   **A.**  IS THE HOSPITAL ALREADY RECLASSIFIED FOR FFY 2016 FOR THE WAGE INDEX UNDER A 3-YEAR WAGE INDEX RECLASSIFICATION?

YES _____          NO ___ X ___

**B.**  IF "YES" TO 8.A., WHAT RURAL OR URBAN AREA IS THE HOSPITAL RECLASSIFIED TO FOR FFY 2016 UNDER ITS 3-YEAR WAGE INDEX RECLASSIFICATION?

N/A

(SHOW THE NAME AND IDENTIFICATION CODE FOR THE STATE OR URBAN AREA.)

9.   **A.**  IF THE HOSPITAL WAS RECLASSIFIED FOR THE WAGE INDEX VALUE FOR FFY 2016 THROUGH A PRIOR 3-YEAR RECLASSIFICATION, DID THE HOSPITAL "WITHDRAW" OR "TERMINATE" SUCH RECLASSIFICATION?

YES _____          NO _____

**B.**  IF "YES" TO 9.A, DID THE HOSPITAL APPLY TO CANCEL THE BOARD APPROVED "WITHDRAWAL" OR "TERMINATION" IN ORDER TO REINSTATE THE 3-YEAR RECLASSIFICATION IN 9.A. ABOVE, INCLUDING FFY 2016?

YES _____          NO _____

10.   PRIOR YEAR CASE NUMBERS (ALL HOSPITALS MUST COMPLETE):

13C ___ None _____   14C ___ None _____   15C ___ None _____

## Geisinger Community Medical Center (CCN 39-0001) SECONDARY APPLICATION 2014

**11.** **A.** IS THE HOSPITAL ALSO A MEMBER OF A GROUP RECLASSIFICATION REQUEST?

YES _____ NO ___**X**___

**B.** IF "YES" TO 11.A, ENTER THE NAME OF THE COUNTY IN WHICH THE GROUP IS LOCATED:

_____

**C.** IS THE HOSPITAL ALSO A MEMBER OF A STATEWIDE WAGE INDEX AREA REQUEST?

YES _____ NO ___**X**___

NOTE:  THE BOARD WILL RULE ON ANY STATEWIDE WAGE INDEX APPLICATION FIRST AND THEN THE GROUP APPLICATION BEFORE IT REVIEWS THE INDIVIDUAL REQUEST.

**12.** IF THE HOSPITAL APPLYING FOR RECLASSIFICATION IS APPLYING AS AN URBAN HOSPITAL:

**A.** HAS THE HOSPITAL "EVER BEEN" CLASSIFIED BY THE CMS REGIONAL OFFICE UNDER 42 C.F.R. § 412.103 AS BEING IN A RURAL AREA?

YES ___**X**___ NO _____

**B.** IF "YES" TO 12.A., IS THE HOSPITAL "CURRENTLY" CLASSIFIED BY THE CMS REGIONAL OFFICE UNDER 42 C.F.R. § 412.103 AS BEING IN A RURAL AREA?

YES ___**X**___ NO _____ N/A _____

**C.** IF "YES" TO 12.B., HAS THE HOSPITAL OBTAINED WRITTEN NOTICE FROM THE CMS REGIONAL OFFICE DEMONSTRATING THAT IT'S RURAL REDESIGNATION WILL CANCEL PRIOR TO OCTOBER 1, 2015?

YES _____ NO ___**X**___ N/A _____

**D.** DOES THE HOSPITAL HAVE A PENDING APPLICATION WITH THE CMS REGIONAL OFFICE TO BE TREATED AS BEING IN A RURAL AREA UNDER 42 C.F.R. § 412.103?

YES _____ NO ___**X**___ N/A _____

SUPPORTING DOCUMENTATION REQUIRED FOR QUESTION 12:
- IF "YES" TO 12.B., PROVIDE A COPY OF THE CMS REGIONAL OFFICE APPROVAL LETTER AT **ATTACHMENT A-1**.
- IF "YES" TO 12.C., PROVIDE A COPY OF THE CMS REGIONAL OFFICE WRITTEN NOTICE AT **ATTACHMENT A-2**.
- IF "YES" TO 12.D., PROVIDE A COPY OF THE HOSPITAL'S LETTER TO THE CMS REGIONAL OFFICE REQUESTING RURAL RECLASSIFICATION AT **ATTACHMENT A-3**.

## Geisinger Community Medical Center (CCN 39-0001) SECONDARY APPLICATION 2014

**13.** INDICATE WHETHER THE HOSPITAL IS CURRENTLY CLASSIFIED AS A:

**A.** SOLE COMMUNITY HOSPITAL (SCH)     YES _____     NO ___**X**___

IF "YES," ATTACH WRITTEN VERIFICATION (E.G., A <u>CURRENT</u> LETTER, E-MAIL, ETC.) FROM THE CMS REGIONAL OFFICE OR THE HOSPITAL'S FISCAL INTERMEDIARY THAT CONFIRMS THE HOSPITAL'S CURRENT STATUS AS A SCH UNDER **ATTACHMENT B.**

**B.** HAS THE HOSPITAL LOST ITS DESIGNATION AS AN SCH DUE TO AN MGCRB RECLASSIFICATION IN A PREVIOUS YEAR?

YES _____     NO _____     N/A ___**X**___

IF "YES," IDENTIFY THE DATE STATUS WAS LOST: _____ ALSO, ATTACH THE FISCAL INTERMEDIARY OR CMS REGIONAL OFFICE LETTER INDICATING WHEN THE HOSPITAL'S SCH STATUS WAS LOST UNDER **ATTACHMENT C.**

**14.** INDICATE WHETHER THE HOSPITAL IS CURRENTLY CLASSIFIED AS A:

**A.** RURAL REFERRAL CENTER (RRC)     YES ___**X**___     NO _____

IF "YES," ATTACH WRITTEN VERIFICATION (E.G., A <u>CURRENT</u> LETTER, E-MAIL, ETC.) FROM THE CMS REGIONAL OFFICE OR THE HOSPITAL'S FISCAL INTERMEDIARY THAT CONFIRMS THE HOSPITAL'S CURRENT STATUS AS A RRC UNDER **ATTACHMENT D-1.**

**B.** IF THE ANSWER TO 14.A. IS "NO," INDICATE WHETHER THE HOSPITAL "HAS EVER BEEN" CLASSIFIED AS AN RRC     YES _____     NO _____

IF "YES," ATTACH WRITTEN VERIFICATION (E.G., A LETTER, E-MAIL, ETC.) FROM THE CMS REGIONAL OFFICE OR THE HOSPITAL'S FISCAL INTERMEDIARY THAT CONFIRMS THE HOSPITAL'S "HAS EVER BEEN" STATUS AS A RRC UNDER **ATTACHMENT D-1.**

ALSO ATTACH A COPY OF THE OFFICIAL LETTER FROM THE CMS REGIONAL OFFICE OR THE HOSPITAL'S FISCAL INTERMEDIARY THAT GRANTED RRC STATUS TO THE HOSPITAL UNDER **ATTACHMENT D-2.**

**15.** IF THE HOSPITAL IS LOCATED IN AN URBAN AREA (MSA), IS THE HOSPITAL THE SINGLE ACUTE CARE IPPS HOSPITAL IN THE HOSPITAL'S URBAN AREA?

YES _____     NO ___**X**___     N/A _____

IF "YES," ATTACH WRITTEN VERIFICATION (E.G., A <u>CURRENT</u> LETTER, E-MAIL, ETC.) FROM THE CMS REGIONAL OFFICE THAT CONFIRMS THAT THE HOSPITAL IS THE SINGLE ACUTE CARE IPPS HOSPITAL IN THE HOSPITAL'S MSA UNDER **ATTACHMENT E.**

**16.** INDICATE WHETHER THE HOSPITAL IS REQUESTING AN ORAL HEARING:

YES _____     NO ___**X**___     N/A _____

IF "YES," ATTACH RATIONALE FOR REQUEST UNDER **ATTACHMENT F.**

## Geisinger Community Medical Center (CCN 39-0001) SECONDARY APPLICATION 2014

### IV. RECLASSIFICATION REQUEST UNDER T HE " SPECIAL ACCESS" RULES FOR SOLE COMMUNITY HOSPITALS AND RURAL REFERRAL CENTERS

17. IF THE HOSPITAL IS A SOLE COMMUNITY HOSPITAL OR A RURAL REFERRAL CENTER AND IS APPLYING UNDER THE "SPECIAL ACCESS" RULES, IS IT APPLYING TO THE CLOSEST URBAN AREA OR THE CLOSEST RURAL AREA (IF THE RURAL AREA IS CLOSER THAN THE CLOSEST URBAN AREA AND THE SCH/RRC ITSELF IS LOCATED IN A RURAL AREA)?

    YES __**X**__    NO _____

18. INDICATE WHETHER THE AREA REQUESTED IS CLOSEST IN DISTANCE (MILES) OR DRIVING TIME (OR BOTH) AS COMPARED TO THE NEXT CLOSEST URBAN OR RURAL AREA:

    DISTANCE

    IF THE HOSPITAL IS REQUESTING RECLASSIFICATION BASED ON DISTANCE (CLOSEST IN MILES), IT MUST COMPLETE THE ROAD AND MILEAGE COLUMNS FOR BOTH THE REQUESTED AREA IN DISTANCE (18.A.) **AND** THE NEXT CLOSEST AREA IN DISTANCE (18.B.).

    IF THE HOSPITAL IS REQUESTING RECLASSIFICATION BASED ON THE SHORTEST DRIVING TIME, IT MUST COMPLETE THE ROAD, MILEAGE, AND TIME COLUMNS FOR BOTH THE REQUESTED AREA IN DRIVING TIME (18.A.) AND THE NEXT CLOSEST AREA IN DRIVING TIME (18.B.). **ATTACH A CLEARLY MARKED ORIGINAL MAP OR MAPS WITH LEGEND(S) UNDER ATTACHMENT G.**

    **NOTE:** ALL ROADS MUST BE **IMPROVED**\* ROADS AND ALL MEASUREMENTS MUST BEGIN AT THE FRONT ENTRANCE OF THE HOSPITAL.

#### A. REQUESTED AREA

| ROAD | MILEAGE | TIME |
|------|---------|------|
| Depart from near Street, Scranton, PA 18510 | 177 ft | |
| Turn left onto Mulberry St | 0.2 mi | |
| Turn left onto Harrison Ave | 0.4 mi | |
| Turn left onto PA-307 / Moosic St Pass Valero in 0.2 mi | 8.8 mi | |
| Take ramp right for I-380 S | 6.5 mi | |
| Arrive at near I-380 S, Tobyhanna, PA 18466 on the left | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | **15.9 miles** | |

## Geisinger Community Medical Center (CCN 39-0001) SECONDARY APPLICATION 2014

B. **NEXT CLOSEST AREA** – **Newark NJ-PA (35084)**

(INDICATE NAME OF AREA)

| ROAD | MILEAGE | TIME |
|------|---------|------|
| Depart from near Street, Scranton, PA 18510 | 171 ft | |
| Turn left onto Mulberry St | 0.2 mi | |
| Turn left onto Harrison Ave | 0.4 mi | |
| Turn left onto PA-307 / Moosic St | 0.2 mi | |
| Turn right onto Meadow Ave CITGO on the corner | 0.2 mi | |
| Turn left onto River St | 0.1 mi | |
| Take ramp left for I-81 North toward Binghamton | 2.2 mi | |
| At exit 187, take ramp right for I-84 East / I-380 South toward Milford /Mt Pocono 4.4 mi | | |
| Keep left onto I-84 E | 15.2 mi | |
| Arrive at near I-84 E, Greentown, PA 18426 on the right | | |
| **TOTAL** | **23.0 miles** | |

\*AN IMPROVED ROAD IS ANY ROAD THAT IS MAINTAINED BY A LOCAL, STATE, OR
FEDERAL GOVERNMENT ENTITY AND IS AVAILABLE FOR USE BY THE GENERAL PUBLIC.
AN IMPROVED ROAD INCLUDES THE PAVED SURFACE UP TO THE FRONT ENTRANCE OF
THE HOSPITAL. (REFER TO THE APPLICATION INSTRUCTIONS FOR QUESTION 18.).

V. **RECLASSIFICATION REQUEST UNDER T HE " PROXIMITY" RULES**

19.   IS THE HOSPITAL LOCATED WITHIN 35 MILES, IF A RURAL HOSPITAL, OR 15 MILES, IF URBAN,
OF THE AREA TO WHICH IT SEEKS RECLASSIFICATION?

YES _____   NO __X_____

## Geisinger Community Medical Center (CCN 39-0001) SECONDARY APPLICATION 2014

**20.** IF "YES" TO 19, SHOW THE NUMBER OF MILES OVER **IMPROVED**\* ROADS FROM THE FRONT
ENTRANCE OF THE HOSPITAL TO THE BORDER OF THE REQUESTED AREA. **ATTACH A**
**CLEARLY MARKED ORIGINAL MAP OR MAPS WITH LEGEND(S) UNDER ATTACHMENT G.**

| ROAD | MILEAGE |
|------|---------|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| **TOTAL** | _____ |

**21.** IF THE URBAN HOSPITAL IS LOCATED MORE THAN 15 MILES FROM THE REQUESTED AREA OR
THE RURAL HOSPITAL IS LOCATED MORE THAN 35 MILES FROM THE REQUESTED AREA,
INDICATE, IF APPLICABLE, WHETHER AT LEAST 50 PERCENT OF ITS EMPLOYEES RESIDE IN THE
AREA TO WHICH THE HOSPITAL REQUESTS RECLASSIFICATION:

YES _____    NO __**X**_____

IF "YES," ATTACH INFORMATION FROM THE HOSPITAL'S PAYROLL RECORDS THAT IDENTIFIES
THE EMPLOYEES' HOME ADDRESSES BY ZIP CODE AND ATTACH A MAP THAT SHOWS THE
RELATIONSHIP OF THE ZIP CODES TO THE COUNTIES AND/OR AREAS UNDER **ATTACHMENT H**.

ALSO, INDICATE THE PERCENTAGE OF HOSPITAL EMPLOYEES WHO RESIDE IN THE
REQUESTED AREA:
_____%

**\*AN IMPROVED ROAD IS ANY ROAD THAT IS MAINTAINED BY A LOCAL, STATE, OR**
**FEDERAL GOVERNMENT ENTITY AND IS AVAILABLE FOR USE BY THE GENERAL PUBLIC.**
**AN IMPROVED ROAD INCLUDES THE PAVED SURFACE UP TO THE FRONT ENTRANCE OF**
**THE HOSPITAL. (REFER TO THE APPLICATION INSTRUCTIONS FOR QUESTION 20 FOR**
**FURTHER INFORMATION).**

**Geisinger Community Medical Center (CCN 39-0001) SECONDARY APPLICATION 2014**

<u>**WAGE COMPARISON**</u>

ATTACH THE HOSPITAL'S WAGE COMPUTATIONS USING 3-YEAR AVERAGE HOURLY WAGES (i.e., 106 AND 82 PERCENT COMPARISON FOR HOSPITALS LOCATED IN RURAL AREAS AND 108 AND 84 PERCENT COMPARISON FOR HOSPITALS LOCATED IN URBAN AREAS) UNDER **ATTACHMENT I**.

HOSPITALS THAT WERE EVER AN RRC ARE EXEMPT FROM THE 106/108 PERCENT THRESHOLDS AND WILL ONLY BE REQUIRED TO MEET THE 82 PERCENT THRESHOLD OF THE AREA TO WHICH IT IS APPLYING (NOT THE 84 PERCENT THRESHOLD), EVEN IF IT IS AN URBAN HOSPITAL.  A HOSPITAL THAT IS THE SINGLE HOSPITAL IN ITS URBAN AREA (MSA) IS EXEMPT FROM HAVING TO MEET THE 108 PERCENT THRESHOLD.

## Geisinger Community Medical Center (CCN 39-0001) SECONDARY APPLICATION 2014

### AFFIDAVIT

COUNTY OR PARISH OF ___Lackawanna___

STATE OF ___Pennsylvania___

I, ___EDWARD Chabalowski___ (TYPE OR PRINT NAME),
BEING DULY SWORN, DEPOSE AND SAY AS FOLLOWS:

(1) I CERTIFY THAT I HAVE EXAMINED THE ACCOMPANYING APPLICATION FOR GEOGRAPHIC
RECLASSIFICATION AND ALL OF THE SUPPORTING INFORMATION AND DATA INCLUDED IN
THE SUBMITTAL BY ___Geisinger – Community Medical Center (Provider # 39-0001)___
___(HOSPITAL NAME AND MEDICARE PROVIDER NUMBER) THAT IS DUE TO THE
MEDICARE GEOGRAPHIC CLASSIFICATION REVIEW BOARD NO LATER THAN SEPTEMBER 2,
2014. I HEREBY DECLARE UNDER PENALTY OF PERJURY (28 U.S.C. SECTION 1746) THAT THE
FOREGOING IS TRUE AND CORRECT.

(2) I UNDERSTAND THAT AN OMISSION, MISSTATEMENT, MISREPRESENTATION, OR ERROR MADE
IN A HOSPITAL'S APPLICATION AND SUPPORTING INFORMATION AND DATA FOR GEOGRAPHIC
RECLASSIFICATION MAY BE GROUNDS FOR DENIAL OF THE HOSPITAL'S APPLICATION.

(3) I UNDERSTAND THAT AN OMISSION, MISSTATEMENT, MISREPRESENTATION, OR ERROR MADE
IN A HOSPITAL'S APPLICATION AND SUPPORTING INFORMATION AND DATA FOR GEOGRAPHIC
RECLASSIFICATION MAY BE CAUSE FOR LEGAL ACTION AGAINST THE APPLICANT HOSPITAL
AND ITS OFFICIALS.

(4) I CERTIFY THAT I AM AN OFFICER OF THE HOSPITAL NAMED IN (1) ABOVE OR A CORPORATE
OFFICER OF THE HOSPITAL'S PARENT CORPORATION WITH AUTHORITY TO SIGN THE
APPLICATION FOR GEOGRAPHIC RECLASSIFICATION ON BEHALF OF THE HOSPITAL.

SIGNATURE: ___Edward Chabalowski___

TITLE: ___V.P. & CFO___

PHONE NUMBER: ___570-703-8309___

E-MAIL ADDRESS: ___EAChabalowski@geisinger.edu___

SUBSCRIBED AND SWORN BEFORE ME,
THIS ___28___ DAY OF ___August___ 2014
(DAY)          (MONTH)

___Ann M. Hall___
(SIGNATURE OF NOTARY)

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Ann M. Hall, Notary Public
City of Scranton, Lackawanna County
My Commission Expires June 24, 2018
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

NOTARY PUBLIC
MY COMMISSION EXPIRES: ___6-24-18___

Geisinger Community Medical Center (CCN 39-0001) SECONDARY APPLICATION 2014

## 2014 INDIVIDUAL HOSPITAL APPLICATION
## FOR GEOGRAPHIC RECLASSIFICATION EFFECTIVE FEDERAL
## FISCAL YEARS 2016 THROUGH 2018

Supplement to **Question #12** C on the **Secondary** Application –

## 12.C. IF "YES" TO 12.B., HAS THE HOSPITAL OBTAINED WRITTEN NOTICE FROM THE CMS REGIONAL OFFICE DEMONSTRATING THAT IT'S RURAL DESIGNATION WILL CANCEL PRIOR TO OCTOBER 1, 2015?

The hospital has provided CMS with notice that the hospital is cancelling its rural redesignation with the last day of such redesignation being September 30, 2015. The hospital believes that such a cancellation is effective upon notice to CMS. The hospital has attached its notice of cancellation as **Attachment A-2 Supplement**. The provider has been in communication with CMS and understands that CMS will be providing a confirming notice of cancellation in the very near future. The provider requests that the provider be allowed time for this confirming notice to be received and immediately delivered to the MGCRB.

# Attachment
# A-1

**DEPARTMENT OF HEALTH & HUMAN SERVICES**
Centers for Medicare & Medicaid Services
150 S. Independence Mall West
Suite 216, The Public Ledger Building
Philadelphia, Pennsylvania 19106-3499



Region III/Division of Financial Management & FFS Operations

MIS# 3534

August 12, 2014

Mr. Edward Chabalowski
Geisinger Community Medical Center
1800 Mulberry Street
Scranton, PA 18510

Re:   Geisinger Community Medical Center
      Special Treatment:
      Hospitals Located in Urban Areas & that Apply for Reclassification as Rural
      CCN: 39-0001

Dear Mr. Chabalowski:

This letter is in response to your letter received in our office on June 11, 2014 requesting reclassification from urban to rural. Geisinger Community Medical Center (GCMC) is located in Scranton, PA and affiliated with Geisinger Health System which is part of the Scranton-Wilkes CBSA. You provided documentation to support that GCMC would qualify as a Rural Referral Center (RRC) if GCMC was located in a rural area in accordance with 42 CFR §412.103(c) alternative methods.

Based upon our review, your application for geographic relocation has been approved. The effective date of this approval is June 11, 2014.

If you have any questions regarding this matter, please contact Kenneth Thompson at (215) 861-4784.

                              Sincerely,

                              *Johnny O. Barnes*

                              Johnny O. Barnes
                              Manager,
                              Financial Management Branch
                              Division of Medicare Financial Management
                              & FFS Operations

cc:      Andrew Tish, Novitas Solutions

PREVENTION: Did you know that most Medicare-covered preventive services are free? Find out how Medicare can help you stay healthy with an annual "Wellness Visit," and regular preventive screenings at www.medicare.gov, or at 1-800-MEDICARE

# Attachment
# A-2
# Supplement

**Administration**    **Edward Chabalowski**
1800 Mulberry Street    Vice President and CFO
Scranton, PA 18510
570 703-8309 Tel
570 703-8951 Fax

# GEISINGER
## COMMUNITY
### MEDICAL CENTER

August 26, 2014

Mr. Johnny O. Barnes
Manager
Financial Management Branch
Division of Medicare Financial Management & Fee for Service Operations
Centers for Medicare & Medicaid Services
150 S. Independence Mall West
Suite 216, The Public Ledger Building
Philadelphia, Pennsylvania 19106-3499

Re:    Geisinger Community Medical Center
       CCN: 39-0001
       Request to Cancel Rural Redesignation

Mr. Barnes:

Geisinger Community Medical Center (Geisinger), CCN 39-0001, is a Medicare-participating, acute care hospital located in Scranton, Pennsylvania. **Geisinger hereby requests cancellation of its rural redesignation under 42 C.F.R. § 412.013, with the final day of rural redesignation being September 30, 2015.**

By letter dated August 12, 2014, CMS approved Geisinger to be treated, effective June 11, 2014, as being located in the rural area of the state pursuant to Section 1886(d)(8)(E) of the Medicare Act. By letter dated August 20, 2014, the Medicare Administrative Contractor notified Geisinger that Geisinger was designated a Rural Referral Center effective July 1, 2014. A copy of each letter is attached.

Geisinger's fiscal year ends on June 30. Geisinger will have been redesignated under Section 1886(d)(8)(E) for the time period June 11, 2014 through September 30, 2015. Thus, Geisinger will have maintained that redesignated status for longer than the 12 month cost reporting period set forth in 42 C. F. R. 412.103(g)(2). A copy of that regulation is attached.

The provider requests that you expedite the issuance of a letter confirming cancellation of the rural designation. We need to include your letter in our submission to the Medicare Geographic Classification Review Board, which is due next week. Thank you very much for your understanding of the urgency of this matter.

If you have any questions in connection with this matter or need any additional information, please contact me at (570) 703-8956 or email at eachabalowski@geisinger.edu or Scott Besler from Besler Consulting at (732) 839-1219 or sbesler@besler.com.

Sincerely,

Edward Chabalowski
Vice President and Chief Financial Officer
Geisinger Community Medical Center

ATTACHMENT 1

**DEPARTMENT OF HEALTH & HUMAN SERVICES**
Centers for Medicare & Medicaid Services
150 S. Independence Mall West
Suite 216, The Public Ledger Building
Philadelphia, Pennsylvania 19106-3499



*CENTERS for MEDICARE & MEDICAID SERVICES*

Region III/Division of Financial Management & FFS Operations

MIS# 3534

August 12, 2014

Mr. Edward Chabalowski
Geisinger Community Medical Center
1800 Mulberry Street
Scranton, PA 18510

Re:    Geisinger Community Medical Center
       Special Treatment:
       Hospitals Located in Urban Areas & that Apply for Reclassification as Rural
       CCN: 39-0001

Dear Mr. Chabalowski:

This letter is in response to your letter received in our office on June 11, 2014 requesting reclassification from urban to rural. Geisinger Community Medical Center (GCMC) is located in Scranton, PA and affiliated with Geisinger Health System which is part of the Scranton-Wilkes CBSA. You provided documentation to support that GCMC would qualify as a Rural Referral Center (RRC) if GCMC was located in a rural area in accordance with 42 CFR §412.103(c) alternative methods.

Based upon our review, your application for geographic relocation has been approved.   The effective date of this approval is June 11, 2014.

If you have any questions regarding this matter, please contact Kenneth Thompson at (215) 861-4784.

Sincerely,

*Johnny O. Barnes*

Johnny O. Barnes
Manager,
Financial Management Branch
Division of Medicare Financial Management
& FFS Operations

cc:     Andrew Tish, Novitas Solutions

PREVENTION: Did you know that most Medicare-covered preventive services are free? Find out how Medicare can help you stay healthy with an annual "Wellness Visit," and regular preventive screenings at www.medicare.gov, or at 1-800-MEDICARE

ATTACHMENT 2





**MEDICARE PART A**

08/20/2014

Ms. Marissa Costanzo
Manager
Community Medical Center
521 Mount Pleasant Drive, Suite 210
Scranton, PA 18503-1987

Provider Name: Community Medical Center
CMS Certification Number(CCN): 390001

Re: Request for Rural Referral Center (RRC) status Community Medical Center

Dear Ms. Costanzo,

On 06/13/2014, Novitas Solutions Inc. received an application for RRC status for Community Medical
Center 390001. The provider RRC application was made stating these items:

1) Is a Medicare participating acute care hospital 42 C.F.R. 412.96(a).
2) Satisfies the case-mix index criterion 42 C.F.R. 412.96(c)(1).
3) Satisfies the discharge criterion 42 C.F.R. 412.96(c)(2).
4) Satisfies the medical staff board certified or board eligible criterion 42 C.F.R 412.96(c)(3).
5) Satisfies the rural requirement under C.F.R. 412.96(b)(1) because of a reclass to rural under 42
   C.F.R. 412.103.

In accordance with 42 C.F.R. 412.96(c), we reviewed the documentation submitted and are approving
this RRC request, based on the following:

1) Community Medical Center 390001 satisfies the minimum Case-Mix-Index (CMI) criteria for
   RRC status. As per the final IPPS FY 2014 Federal Register (FR) the minimum CMI value for
   the "federal year that ends at least 1 year before the beginning of the cost reporting period" in
   which the RRC status is desired. The CMI for this provider for the FY ended 09/30/2012 is
   1.5837, and the minimum for the Mid-Atlantic region as stated in the FR is 1.4015.
2) Community Medical Center 390001 satisfies the discharge criteria as per the cost report ended
   06/30/2012. As per the instruction in the FY 2014 Federal Register (page 50610), the reference
   period for this item is the cost reporting period that began during FY 2011. Since this provider's
   fiscal year 06/30/2012 cost report shows 10,558 discharges, (and that exceeds the required
   minimum of 5,000) this provider has met the discharge criteria for RRC status.
3) Community Medical Center 390001 does appear to satisfy criteria described under 42 C.F.R.
   412.96(c)(3) for percentage of active Medical staff that are board certified specialists, or have
   completed the training requirements for admission to the board exam, or have completed the

---

INNOVATION IN ACTION
A CMS CONTRACTOR ▪ ISO 9001-2008 CERTIFIED

residency program in a medical specialty.  As per 42 C.F.R. 412.96(c)(3) only 50% is needed to satisfy this criteria for RRC status.
4) The CMS RO informed Novitas Solutions on 08/12/2014 of approval of a reclass to rural under 42 C.F.R. 412.103 for Community Medical Center 390001, with an effective date of 06/11/2014.

The initial RRC status will be effective 07/01/2014.  Claims with service dates on and after 06/11/2014, may be identified for reprocessing to adjust to a rural wage index value.  As you may already know and as listed in regulation 42 C.F.R. 412.230, since Community Medical Center 390001 has acquired rural status under 42 C.F.R. 412.103, Community Medical Center 390001 cannot obtain wage index reclassification, or wage index out-migration under MGCRB rules for a year in which the 42 C.F.R. 412.103 status is active.

Sincerely,


Grayson Smith
Medicare Reimbursement
Novitas Solutions, Inc.

Cc: Donna Silvio
Cc: Edward Chabalowski
Cc: CMS RO

ATTACHMENT 3

**§412.103  Special treatment: Hospitals located in urban areas and that apply for reclassification as rural.**

(a) *General criteria.* A prospective payment hospital that is located in an urban area (as defined in subpart D of this part) may be reclassified as a rural hospital if it submits an application in accordance with paragraph (b) of this section and meets any of the following conditions:

(1) The hospital is located in a rural census tract of a Metropolitan Statistical Area (MSA) as determined under the most recent version of the Goldsmith Modification, the Rural-Urban Commuting Area codes, as determined by the Office of Rural Health Policy (ORHP) of the Health Resources and Services Administration, which is available via the ORHP Web site at: *http://www.ruralhealth.hrsa.gov* or from the U.S. Department of Health and Human Services, Health Resources and Services Administration, Office of Rural Health Policy, 5600 Fishers Lane, Room 9A-55, Rockville, MD 20857.

(2) The hospital is located in an area designated by any law or regulation of the State in which it is located as a rural area, or the hospital is designated as a rural hospital by State law or regulation.

(3) The hospital would qualify as a rural referral center as set forth in §412.96, or as a sole community hospital as set forth in §412.92, if the hospital were located in a rural area.

(4) For any period after September 30, 2004 and before October 1, 2006, a CAH in a county that, in FY 2004, was not part of a MSA as defined by the Office of Management and Budget, but as of FY 2005 was included as part of an MSA as a result of the most recent census data and implementation of the new MSA definitions announced by OMB on June 6, 2003, may be reclassified as being located in a rural area for purposes of meeting the rural location requirement in §485.610(b) of this chapter if it meets any of the requirements in paragraphs (a)(1), (a)(2), or (a)(3) of this section.

(5) For any period after September 30, 2009, and before October 1, 2011, a CAH in a county that, in FY 2009, was not part of an MSA as defined by the Office of Management and Budget, but, as of FY 2010, was included as part of an MSA as a result of the most recent census data and implementation of the new MSA definitions announced by OMB on November 20, 2008, may be reclassified as being located in a rural area for purposes of meeting the rural location requirement in §485.610(b) of this chapter if it meets any of the requirements under paragraph (a)(1), (a)(2), or (a)(3) of this section.

(b) *Application requirements*—(1) *Written application.* A hospital seeking reclassification under this section must submit a complete application in writing to CMS in accordance with paragraphs (b)(2) and (b)(3) of this section.

(2) *Contents of application.* An application is complete if it contains an explanation of how the hospital meets the condition that constitutes the basis of the request for reclassification set forth in paragraph (a) of this section, including data and documentation necessary to support the request.

(3) *Mailing of application.* An application must be mailed to the CMS Regional Office by the requesting hospital and may not be submitted by facsimile or other electronic means.

(4) *Notification by CMS.* Within 5 business days after receiving the hospital's application, the CMS Regional Office will send the hospital a letter acknowledging receipt, with a copy to the CMS Central Office.

(5) *Filing date.* The filing date of the application is the date CMS receives the application.

(c) *CMS review.* The CMS Regional Office will review the application and notify the hospital of its approval or disapproval of the request within 60 days of the filing date.

(d) *Effective dates of reclassification.* (1) Except as specified in paragraph (d)(2) of this section, CMS will consider a hospital that satisfies any of the criteria set forth in paragraph (a) of this section as being located in the rural area of the State in which the hospital is located as of that filing date.

(2) If a hospital's complete application is received in CMS by September 1, 2000, and satisfies any of the criteria set forth in paragraph (a) of this section, CMS will consider the filing date to be January 1, 2000.

(e) *Withdrawal of application.* A hospital may withdraw an application at any time prior to the date of CMS's decision as set forth in paragraph (c) of this section.

(f) *Duration of classification.* An approved reclassification under this section remains in effect without need for reapproval unless there is a change in the circumstances under which the classification was approved.

(g) *Cancellation of classification*—(1) *Hospitals other than rural referral centers.* Except as provided in paragraph (g)(2) of this section—

(i) A hospital may cancel its rural reclassification by submitting a written request to the CMS Regional Office not less than 120 days prior to the end of its current cost reporting period.

(ii) The hospital's cancellation of the classification is effective beginning with the next full cost reporting period.

(2) *Hospitals classified as rural referral centers.* For a hospital that was classified as a rural referral center under §412.96 based on rural reclassification under this section—

(i) A hospital may cancel its rural reclassification by submitting a written request to the CMS Regional Office not less than 120 days prior to the end of a Federal fiscal year and after being paid as rural for at least one 12-month cost reporting period.

(ii) The hospital's cancellation of the classification is not effective until it has been paid as rural for at least one 12-month cost reporting period, and not until the beginning of the Federal fiscal year following such 12-month cost reporting period.

(iii) The provisions of paragraphs (g)(2)(i) and (g)(2)(ii) of this section are effective for all written requests submitted by hospitals on or after October 1, 2007, to cancel rural reclassifications.

[65 FR 47048, Aug. 1, 2000, as amended at 69 FR 49244, Aug. 11, 2004; 69 FR 60252, Oct. 7, 2004; 70 FR 47486, Aug. 12, 2005; 72 FR 47411, Aug. 22, 2007; 74 FR 43997, Aug. 27, 2009]

# Attachment
# D-1





**MEDICARE PART A**

08/20/2014

Ms. Marissa Costanzo
Manager
Community Medical Center
521 Mount Pleasant Drive, Suite 210
Scranton, PA 18503-1987

Provider Name: Community Medical Center
CMS Certification Number(CCN): 390001

Re: Request for Rural Referral Center (RRC) status Community Medical Center

Dear Ms. Costanzo,

On 06/13/2014, Novitas Solutions Inc. received an application for RRC status for Community Medical Center 390001. The provider RRC application was made stating these items:

1) Is a Medicare participating acute care hospital 42 C.F.R. 412.96(a).
2) Satisfies the case-mix index criterion 42 C.F.R. 412.96(c)(1).
3) Satisfies the discharge criterion 42 C.F.R. 412.96(c)(2).
4) Satisfies the medical staff board certified or board eligible criterion 42 C.F.R 412.96(c)(3).
5) Satisfies the rural requirement under C.F.R. 412.96(b)(1) because of a reclass to rural under 42 C.F.R. 412.103.

In accordance with 42 C.F.R. 412.96(c), we reviewed the documentation submitted and are approving this RRC request, based on the following:

1) Community Medical Center 390001 satisfies the minimum Case-Mix-Index (CMI) criteria for RRC status. As per the final IPPS FY 2014 Federal Register (FR) the minimum CMI value for the "federal year that ends at least 1 year before the beginning of the cost reporting period" in which the RRC status is desired. The CMI for this provider for the FY ended 09/30/2012 is 1.5837, and the minimum for the Mid-Atlantic region as stated in the FR is 1.4015.
2) Community Medical Center 390001 satisfies the discharge criteria as per the cost report ended 06/30/2012. As per the instruction in the FY 2014 Federal Register (page 50610), the reference period for this item is the cost reporting period that began during FY 2011. Since this provider's fiscal year 06/30/2012 cost report shows 10,558 discharges, (and that exceeds the required minimum of 5,000) this provider has met the discharge criteria for RRC status.
3) Community Medical Center 390001 does appear to satisfy criteria described under 42 C.F.R. 412.96(c)(3) for percentage of active Medical staff that are board certified specialists, or have completed the training requirements for admission to the board exam, or have completed the

INNOVATION IN ACTION
A CMS CONTRACTOR • ISO 9001-2008 CERTIFIED

residency program in a medical specialty.  As per 42 C.F.R. 412.96(c)(3) only 50% is needed to satisfy this criteria for RRC status.

4) The CMS RO informed Novitas Solutions on 08/12/2014 of approval of a reclass to rural under 42 C.F.R. 412.103 for Community Medical Center 390001, with an effective date of 06/11/2014.

The initial RRC status will be effective 07/01/2014.  Claims with service dates on and after 06/11/2014, may be identified for reprocessing to adjust to a rural wage index value.  As you may already know and as listed in regulation 42 C.F.R. 412.230, since Community Medical Center 390001 has acquired rural status under 42 C.F.R. 412.103, Community Medical Center 390001 cannot obtain wage index reclassification, or wage index out-migration under MGCRB rules for a year in which the 42 C.F.R. 412.103 status is active.

Sincerely,


Grayson Smith
Medicare Reimbursement
Novitas Solutions, Inc.

Cc: Donna Silvio
Cc: Edward Chabalowski
Cc: CMS RO

INNOVATION IN ACTION
A CMS CONTRACTOR • ISO 9001-2008 CERTIFIED

# Attachment
# G
# 18.A.



New Jersey
Pennsylvania

STATE SERIES

AAA.com



SCRANTON
PA

1:158,400
Scale in Miles

Scale in Kilometers

WILKES-BARRE
PA

1:164,770
Scale in Miles

Scale in Kilometers

STROUDSBURG-
EAST STROUDSBURG, PA

1:75,006
Scale in Miles

0.5      0      0.5

Scale in Kilometers

0.5   0   0.5

**bing** Maps

| My Notes |
|---|

A  **near Street, Scranton, PA 18510**

   Via: PA-307

B  **near I-380 S, Tobyhanna, PA 18466**

Route: **15.8 mi, 21 min**

📇 On the go? Use m.bing.com to find maps,
directions, businesses, and more

| A  **near Street, Scranton, PA 18510** | **A–B: 15.8 mi**<br>**21 min** |
|---|---|
| 1.  Depart from **near Street, Scranton, PA 18510** | 177 ft |
| 2.  Turn **left** onto **Mulberry St** | 0.2 mi |
| 3.  Turn **left** onto **Harrison Ave** | 0.4 mi |
| 4.  Turn **left** onto **PA-307 / Moosic St**<br>*Pass Valero in 0.2 mi* | 8.8 mi |
| 5.  Take ramp **right** for **I-380 S** | 6.5 mi |
| B  6.  Arrive at **near I-380 S, Tobyhanna, PA 18466** on the left | |

These directions are subject to the Microsoft® Service Agreement and for informational purposes only. No guarantee is made regarding their completeness or accuracy.
Construction projects, traffic, or other events may cause actual conditions to differ from these results. Map and traffic data © 2014 NAVTEQ™.

http://www.bing.com/maps/print.aspx?mkt=en-us&z=12&s=r&cp=41.324430,-75.567193&pt...

8/21/2014 8:35 AM

Route: 15.8 mi, 21 min



A: near Street, Scranton, PA 18510

B: near I-380 S, Tobyhanna, PA 18466

This was your map view in the browser window.

b bing

http://www.bing.com/maps/print.aspx/print.aspx?mkt=en-us&z=12&s=r&cp=41.324430,-75.567193&pt...

8/21/2014 8:35 AM





# Attachment
# G
# 18.B.

**bing** Maps

A   near Street, Scranton, PA 18510

B   near I-84 E, Greentown, PA 18426

Route: **23.0 mi, 25 min**

My Notes

On the go? Use **m.bing.com** to find maps, directions, businesses, and more

| A | near Street, Scranton, PA 18510 | A–B: 23.0 mi<br>25 min |
|---|---|---|
|  | 1.  Depart from **near Street, Scranton, PA 18510** | 171 ft |
|  | 2.  Turn **left** onto **Mulberry St** | 0.2 mi |
|  | 3.  Turn **left** onto **Harrison Ave** | 0.4 mi |
|  | 4.  Turn **left** onto **PA-307 / Moosic St** | 0.2 mi |
|  | 5.  Turn **right** onto **Meadow Ave**<br>*CITGO on the corner* | 0.2 mi |
|  | 6.  Turn **left** onto **River St** | 0.1 mi |
|  | 7.  Take ramp **left** for **I-81 North** toward **Binghamton** | 2.2 mi |
|  | 8.  At exit **187**, take ramp **right** for **I-84 East / I-380 South** toward **Milford / Mt Pocono** | 4.4 mi |
|  | 9.  Keep **left** onto **I-84 E** | 15.2 mi<br>13 min |
| B | 10. Arrive at **near I-84 E, Greentown, PA 18426** on the right |  |

These directions are subject to the Microsoft® Service Agreement and for informational purposes only. No guarantee is made regarding their completeness or accuracy. Construction projects, traffic, or other events may cause actual conditions to differ from these results. Map and traffic data © 2014 NAVTEQ™.

**Route: 23.0 mi, 25 min**



This was your map view in the browser window.

A: near Street, Scranton, PA 18510



B: near I-84 E, Greentown, PA 18426



## Geisinger Community Medical Center

Pike County

http://www.bing.com/maps/print.aspx?mkt=en-us&z=11&s=r&cp=41.389817,-
75.448893&pt=pf&rtp=pos.41.400497 -
75.646368 near%20Street%2C%20Scranton%2C%20PA%2018510     e   AswilEPR9K8gAADgAblNSz8A~
pos.41.346525 -75.338317 near%20l-
84%20E%2C%20Greentown%2C%20PA%2018426     e   AswilEMRerQgAADgAeZWCj4C&mode=D&rtop
=0~0~0~&cmw=1168&cmh=584&u=0

Start



# Attachment
# I

# Attachment I

| | | |
|---|---|---|
| Provider Name: | GEISINGER - COMMUNITY MEDICAL CENTER | |
| Provider Number: | **390001** | |
| Provider Type Code: | 0 | |
| Provider Type Description: | IPPS | |
| Provider Year End: | 6/30 | |
| Geographic CBSA Code: | 42540 | Scranton--Wilkes-Barre--Hazleton, PA |
| Desired CBSA Code: | **20700** | East Stroudsburg, PA |
| Rural CBSA Code: | 39 | Pennsylvania |

**390001**

| | Wages | Hours | AHW | |
|---|---|---|---|---|
| 2015 | $82,258,489 | 2,733,073 | | |
| 2014 | $70,847,709 | 2,311,961 | | |
| 2013 | $72,584,266 | 2,349,461 | | |
| | $225,690,464 | 7,394,495 | $30.5214 | |

**Scranton--Wilkes-Barre--Hazleton, PA**

| | Wages | Hours | AHW | |
|---|---|---|---|---|
| 2015 | $539,613,670 | 17,104,992 | | |
| 2014 | $503,991,826 | 15,794,633 | | |
| 2013 | $490,049,829 | 15,851,809 | | |
| | $1,533,655,325 | 48,751,434 | $31.4587 | |

**Scranton--Wilkes-Barre--Hazleton, PA without GEISINGER - COMMUNITY MEDICAL CENTER**

| | Wages | Hours | AHW | |
|---|---|---|---|---|
| 2015 | $457,355,181 | 14,371,919 | | |
| 2014 | $433,144,117 | 13,482,672 | | |
| 2013 | $417,465,563 | 13,502,348 | | |
| | $1,307,964,861 | 41,356,939 | $31.6262 | 96.51% |

**East Stroudsburg, PA**

| | Wages | Hours | AHW | |
|---|---|---|---|---|
| 2015 | $101,515,704 | 2,766,384 | | |
| 2014 | $95,521,828 | 2,718,089 | | |
| 2013 | $92,873,749 | 2,726,895 | | |
| | $289,911,281 | 8,211,368 | $35.3061 | 86.45% |

**Pennsylvania**

| | Wages | Hours | AHW | |
|---|---|---|---|---|
| 2015 | $1,003,418,599 | 31,577,295 | | |
| 2014 | $951,100,204 | 31,869,276 | | |
| 2013 | $916,134,109 | 31,810,351 | | |
| | $2,870,652,912 | 95,256,922 | $30.1359 | 101.28% |

Source:
Provider Three Year Wages and Hours for Final Rule 2015
Produced Using Wage Data Dated and Occupational Mix Data Dated June 26, 2014

EXHIBIT 7

**DEPARTMENT OF HEALTH & HUMAN SERVICES**
Centers for Medicare & Medicaid Services
150 S. Independence Mall West
Suite 216, The Public Ledger Building
Philadelphia, Pennsylvania 19106-3499



**Region III/Division of Financial Management & FFS Operations**

MIS#3689

September 15, 2014

Mr. Edward Chabalowski
Geisinger Community Medical Center
1800 Mulberry Street
Scranton, PA 18510

Re:     Geisinger Community Medical Center
        Request for Cancellation of Urban to Rural Reclassification
        CCN: 39-0001

Dear Mr. Chabalowski:

This is in response to your letter dated August 26, 2014, requesting cancellation of rural reclassification.  Geisinger Community Medical Center *(hereinafter Geisinger)* was granted rural reclassification effective June 11, 2014.   You have requested cancellation of your rural redesignation pursuant 42 CFR 412.103 with September 30, 2015 being the final day of rural redesignation.

Geisinger will have been paid as rural for at least one 12-month cost reporting period on June 30, 2015.  Therefore, the effective date of the cancellation is October 1, 2015, which is the beginning of the Federal fiscal year following the 12 month cost report period as specified in 42 CFR 412.103(g)(2)(ii).

Should you have any questions regarding this letter, please contact Kenneth Thompson at 215-861-4784.

                Sincerely,

                *Johnny O. Barnes*

                Johnny O. Barnes
                Manager,
                Financial Management Branch
                Division of Medicare Financial Management
                & FFS Operations

cc: Grayson Smith, Novitas Solutions

**FRAUD: Protect yourself and Medicare from fraud.**
**Find out how at www.stopmedicarefraud.gov .**
**You can also call 1-800-MEDICARE for information, or with your questions and concerns.**