UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GEISINGER COMMUNITY MEDICAL CENTER,** | : | |
| | : | CIVIL ACTION NO. 3:14-1763 |
| **Plaintiff** | : | |
| | : | JUDGE MANNION |
| v. | : | |
| **SYLVIA MATHEWS BURWELL,** Secretary, Department of Health and Human Services; **MARILYN TAVENNER,** Administrator, Centers for Medicare and Medicaid Services; and **ROBERT G. EATON,** Chairman, Medicare Geographic Classification Review Board, | : : : : | |
| **Defendants** | : : | |

# O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the defendants' motion for summary judgment, **(Doc. 15)**, is **GRANTED**;

**(2)** the plaintiff's motion for summary judgment, **(Doc. 17)**, is **DENIED**;

**(3)** the Clerk of Court is directed to **ENTER JUDGMENT IN FAVOR OF THE DEFENDANTS AND AGAINST THE PLAINTIFF**; and

**(4)**     the Clerk of Court is directed to **CLOSE THIS CASE**.


                                    s/ *Malachy E. Mannion*
                                    **MALACHY E. MANNION**
                                    **United States District Judge**

**Date:  December 22, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-1763-01-ORDER.wpd